ORIGINAL

ECF

FORM 2
COVER SHEET

RECEIVED & FILED
JUN 17 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

*In The United States Court of Federal Claims*

Cover Sheet

Plaintiff(s) or Petitioner(s)

C. H. Robinson International

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Curtis W. Knauss

Firm Name: Neville Peterson LLP

04-1021C

Post Office Box: ____________________

Street Address: 17 State Street, Suite 1900

City-State-Zip: New York, NY 10004

Telephone & Facsimile Numbers: Telephone (212) 635-2730 Facsimile (212) 635-2734

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 219-9630 for admission papers and instructions.