ECF

ORIGINAL

FILED
JUN 17 2004
U.S. COURT OF FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**
**717 Madison Place, NW - Washington, DC 20005**

**RULE 7.1 DISCLOSURE STATEMENT**

This notification is submitted by Curtis W. Knauss, Esq. of Neville Peterson LLP

behalf of C. H. Robinson International

in the matter of C. H. Robinson International

v. United States.

Court No. ____________. 04-1021C

This statement is submitted to indicate that C. H. Robinson is not a subsidiary or affiliate of a publicly-owned corporation.

(Signature of Attorney) 6/15/04 (Date)