IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| C.H. ROBINSON INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1021C<br>(Chief Judge Damich) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30 day enlargement of time, to and including September 15, 2004, within which to file a response to the complaint. The response to the complaint is currently due on August 16, 2004. This is defendant's first request for an enlargement of time. Plaintiff has represented that it does not oppose this motion.

The enlargement is requested because the interested agency, the Department of Homeland Security, has not yet been able to provide the necessary litigation report to the undersigned counsel of record for defendant. See 28 U.S.C. § 520(b). In the process of investigating the allegations in the complaint, agency counsel has recently discovered a basis for a possible counterclaim. The additional time requested is necessary to allow agency counsel sufficient time to fully explore the basis for the counterclaim, to complete the litigation report and to forward it to the Department of Justice. The additional time requested is also necessary for the undersigned counsel to review the litigation report and to prepare a response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 30 days, to and including September 15, 2004, within which to file a response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Jeanne E. Davidson

JEANNE E. DAVIDSON
Deputy Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0361
Fax: (202) 514-7965

Attorneys for Defendant

August 13, 2004