# In the United States Court of Federal Claims

**NOTICE**

**CANAL ELECTRIC COMPANY,**

**No. 04-1021C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., August 16, 2004**

To Attorney of Record, Assistant Attorney General, and Judge Robert H. Hodges, Jr.:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed August 13, 2004, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk