IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| C.H. ROBINSON INTERNATIONAL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04-1021C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 21 day enlargement of time, to and including October 6, 2004, within which to file a response to the complaint. The response to the complaint is currently due on September 15, 2004. This is defendant's second request for an enlargement of time. Plaintiff has represented that it does not oppose this motion.

The enlargement is requested because the undersigned counsel of records need additional time to prepare a motion to dismiss for lack of jurisdiction and/or failure to state a claim. The undersigned counsel received the litigation report from the interested agency, the Department of Homeland Security, on September 9, 2004. Based upon the information contained in the litigation report, the undersigned counsel believes that plaintiff's claim should be dismissed for lack of jurisdiction and/or failure to state a claim and needs time to prepare the motion. The undersigned counsel does not have sufficient time to prepare the motion to dismiss before our response is due on September 15, 2004, because she needs to prepare defendant's motion to dismiss and cross-motion for summary judgment and opposition to plaintiff's motion for summary judgment in Angela Ayres v. United States, Fed. Cl. 04-987, by September 17, 2004. The undersigned counsel further needs to prepare a list of all trial exhibits and witnesses for the

meeting of counsel scheduled on September 21, 2004 in Dafna Construction v. United States, Fed. Cl. 03-1317, a case that is scheduled for trial on December 6, 2004. The undersigned counsel, therefore, will not have time to prepare the motion to dismiss until September 22, 2004.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 21 days, to and including October 6, 2004, within which to file a response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Jeanne E. Davidson

JEANNE E. DAVIDSON
Deputy Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0361
Fax: (202) 514-7965

Attorneys for Defendant

September 10, 2004