# In the United States Court of Federal Claims

**04-1021C**

**Filed: September 13, 2004**

**C.H. ROBINSON INTERNATIONAL,**

**v.**

**THE UNITED STATES**

**NOTICE**

To Attorney of Record, Assistant Attorney General, and Judge :

Please take notice that in the above case there has been entered this day on the motion, filed 9/10/04 , for enlargement of time to respond to the complaint the following order by the Clerk:

**ALLOWED.**

s/ Brian Bishop
Brian Bishop, Clerk of Court