Form Approved O.M.B. No. 1515-0005

19 CFR 10.60, 10.61, 18; 123.41, 123.42

Entry No. ............
Port ............
Date ............

# TRANSPORTATION ENTRY AND MANIFEST OF GOODS SUBJECT TO CUSTOMS INSPECTION AND PERMIT

UNITED STATES CUSTOMS SERVICE

Entry No. 609.203.744
Class of Entry T.E.82
(I.T.)(Wd.T.)(Wd.Ex.)(T.E.)(Drawback, etc.)

Dist. No. 27 Port Code No. 04 First U.S. Port of Unlading LOS ANGELES, CA

Port of LOS ANGELES, CA Date 21-Dec-2001

Entered or imported by TRANS-UNION GROUP INC./ INTERCAMBIO COMERCIA EKIM SA to be shipped in bond via C.H. ROBINSON CO., IRS#41-0680048 BOND# 459900350 consigned to
(C.H.L. Number) (Vessel or carrier) (Car number and initial) (Pier or station)

District Director of Customs At LAREDO, TX(2304) Final foreign destination 20100 MEXICO LAREDO (For exportations only)
Consignee INTERCAMBIO COMERCIAL EKIM SA C/O L.E.FORWARDING & FREIGHT BROKER LAREDO TX78045
(At customs port of exit or destination)

Foreign port of lading SHEKOU CHINA B/L No. ZIMUSKU872788 Date of sailing 10-Dec-2001
(Above information to be furnished only when merchandise is imported by vessel)

Imported on the ZIM AMERICA 40E Flag ........ on 25-Dec-2001 via DIRECT
(Name of vessel or carrier and motive power) (Date imported) (Last foreign port)

Exported from CHINA on 10-Dec-2001 Goods now at C-60 Z611 LONG BEACH
(Country) (Date) (Name of warehouse, station, pier, etc.)

| Marks and Numbers of Packages | DESCRIPTION AND QUANTITY OF MERCHANDISE NUMBER AND KIND OF PACKAGES (Describe fully as per shipping papers) | GROSS WEIGHT IN POUNDS | VALUE (Dollars only) | RATE | DUTY |
|---|---|---|---|---|---|
| 1-893 | 893 CARTONS 100% COTTON T-SHIRTS | 35436 LBS | $98,230.00 | | |
| Total ---> | 893 CARTONS | 35436 LBS | | | |
| | | | ESTIMATED NOT VERIFIED | | |

| CONVEYANCE / | QUANTITY / | RECEIVED / | DATE / | DELIVERED / | RECEIVED DATE |
|---|---|---|---|---|---|
| | | | | | |

G.O. No. Job Number : SI003794 Prepared by : ROBERT DIEP

CERTIFICATE OF LADING FOR TRANSPORTATION IN BOND AND/OR LADING FOR EXPORTATION FOR

LAREDO, TX(2304)
(Port)

WITH THE EXCEPTIONS NOTED ABOVE, THE WITHIN-DESCRIBED GOODS WERE:

Delivered to the Carrier named above, for delivery to the District Director of Customs at destination sealed with Customs seals

Nos. LABELED

or the packages (were) (were not) labeled, or corded and sealed.

(Inspector or warehouse officer)

(Date)

Laden on the—
(Vessel, vehicle, or aircraft)

which cleared for—

on ........
(Date)

as verified by export records.

(Inspector)

(Date)

I truly declare that the statements contained herein are true and correct to the best of my knowledge and belief.

Entered or withdrawn by INTERCAMBIO COMERCIAL EKIM
TRANS-UNION GROUP INC. 17979 Arenth Ave. BLD#A,
City Of Industry, CA 91748

To the Inspector or Warehouse Officer: The above-described goods shall be disposed of as specified herein.

For the District Director of Customs.

Received from the District Director of Customs of above district the merchandise described in this manifest for transportation and delivery into the custody of the customs officers at the port named above, all packages in apparent good order except as noted hereon.

C.H. ROBINSON CO.,
IRS#41-0680048 BOND# 459900350

Attorney or Agent of Carrier



Customs Form 7512 (040984)

19 CFR 10.60, 10.61, 18 ... OMB No. 1515-0009

# TRANSPORTATION ENTRY AND MANIFEST OF GOODS SUBJECT TO CUSTOMS INSPECTION AND PERMIT

UNITED STATES CUSTOMS SERVICE

Entry No. ..........
Port ..........
Date ..........

Entry No. 209 293 873
Class of Entry T.E. 62
(I.T.)(W.T.)(Wd.Ex.)(T.E.)(Drawback, etc.)

Dist. No. 27 Port Code No. 04 First U.S. Port of Unlading LOS ANGELES, CA

Port of LOS ANGELES, CA Date 27-Dec-2001

Entered or imported by TRANS-UNION GROUP INC./INTERCAMBIO COMERCIAL EXIM SA to be shipped in bond via C.H. ROBINSON CO., IRS#41-0680048 BOND# 459900350 consigned to
(C.H.L. Number) (Vessel or carrier) (Car number and initial) (Pier or station)

District Director of Customs At LAREDO, TX(2304) Final foreign destination 20100 MEXICO LAREDO
Consignee INTERCAMBIO COMERCIAL EXIM SA CV/L.E.FORWARDING FREIGHT BROKER LAREDO TX 78045
(At customs port of exit or destination)

Foreign port of lading HONG KONG,HONG KONG B/L No. CHNJHKLAX316081 Date of sailing 15-Dec-200[illegible]
(Above information to be furnished only when merchandise is imported by vessel)

Imported on the CSCL SHANGHAI 0023E Flag .......... on 28-Dec-2001 via HONG KONG,HONG KO[illegible]
(Name of vessel or carrier and motive power) (Date imported) (Last foreign port)

Exported from HONG KONG on 15-Dec-2001 Goods now at BERTH 128 YAMT
(Country) (Date) (Name of warehouse, station, pier, etc.)

| Marks and Numbers of Packages | DESCRIPTION AND QUANTITY OF MERCHANDISE NUMBER AND KIND OF PACKAGES (Describe fully as per shipping papers) | GROSS WEIGHT IN POUNDS | VALUE (Dollars only) | RATE | DUTY |
|---|---|---|---|---|---|
| 1-1137 | 1137CTN GARMENTS MENS100% NYLON WOVEN SHORTS LADIES 100% NYLON WOVEN SHORTS/JOGGING SUITS/PANTS | 41953.3LB | 181,087.40 | | |
| Total ——> | 1137CTN | 41953.3LB | ESTIMATED NOT VERIFIED | | |

CONVEYANCE / QUANTITY / RECEIVED / DATE / DELIVERED / RECEIVED DATE

P.O. No. Job Number : SI003913 Prepared by : ROBERT DIEP

CERTIFICATE OF LADING FOR TRANSPORTATION IN BOND AND/OR LADING FOR EXPORTATION FOR

LAREDO, TX(2304)
(Port)

WITH THE EXCEPTIONS NOTED ABOVE, THE WITHIN-DESCRIBED GOODS WERE:

Delivered to the Carrier named above, for delivery to the District Director of Customs at destination sealed with Customs seals

Nos. LABELED

or the packages (were)(were not) labeled, or corded and sealed.

Laden on the—
(Vessel, vehicle, or aircraft)
which cleared for—

on
(Date)
as verified by export records.

(Inspector or warehouse officer) (Inspector)

(Date) (Date)

I truly declare that the statements contained herein are true and correct to the best of my knowledge and belief.

Entered or withdrawn by INTERCAMBIO COMERCIAL
TRANS-UNION GROUP INC. 17979 Arenth Ave. BLD
City Of Industry, CA 91748

To the Inspector or Warehouse Officer: The above-described goods shall be disposed of as specified herein.

For the District Director of Customs

Received from the District Director of Customs of above district the merchandise described in this manifest for transportation and delivery into the custody of the customs officers at the port named above all packages in apparent good order except as noted hereon.

C.H. ROBINSON CO.,
IRS#41-0680048 BOND# 459900350

Attorney or Agent of Carrier

Customs Form 7512 (0409

CFR 10.60, 10.61, 18.... 

Entry No. ............

Date ............

TRANSPORTATION ENTRY AND MANIFEST OF GOODS SUBJECT TO CUSTOMS INSPECTION AND PERMIT

UNITED STATES CUSTOMS SERVICE

Entry No. 503 203 882

Class of Entry I.T. E. 62 (I.T.)(W.D.T.)(I.E.)(T.E.)(Drawback, etc.)

Dist. No. 27 Port Code No. 04 First U.S. Port of Unlading LOS ANGELES, CA

Port of LOS ANGELES, CA Date 27-Dec-2001

Entered or imported by TRANS-UNION GROUP INC./INTERCAMBIO COMERCIAL EKIM SA to be shipped

in bond via C.H. ROBINSON CO., IRS#41-0680048 BOND# 459900350 consigned to
(CHL Number) (Vessel or carrier) (Car number and initial) (Pier or station)

District Director of Customs At: LAREDO, TX(2304) Final foreign destination 20100 MEXICO LAREDO (For exportations only)

Consignee INTERCAMBIO COMERCIAL EKIM SA CV/L.E.FORWARDING FREIGHT BROKER LAREDO TX78045
(At customs port of exit or destination)

Foreign port of lading HONG KONG,HONG KONG B/L No. CHNJHKLAX316082 Date of sailing 15-Dec-200
(Above information to be furnished only when merchandise is imported by vessel)

Imported on the CSCL SHANGHAI 0023E Flag ............ on 28-Dec-2001 via HONG KONG,HONG KON
(Name of vessel or carrier and motive power) (Date imported) (Last foreign port)

Exported from HONG KONG on 15-Dec-2001 Goods now at BERTH 128 YAMI
(Country) (Date) (Name of warehouse, station, pier, etc.)

| Marks and Numbers of Packages | DESCRIPTION AND QUANTITY OF MERCHANDISE NUMBER AND KIND OF PACKAGES (Describe fully as per shipping papers) | GROSS WEIGHT IN POUNDS | VALUE (Dollars only) | RATE | DUTY |
|---|---|---|---|---|---|
| 1-1100 | 1100CTN GARMENTS MENS 100% NYLON WOVEN JOGGING SUITS/PANTS/ JACKETS | 42740.1LB | 217,053.50 | | |
| Total ---> | 1100 CTN | 42740.1LB | ESTIMATED NOT VERIFIED | | |

CONVEYANCE / QUANTITY / RECEIVED / DATE / DELIVERED / RECEIVED DATE

G.O. No. ........ Job Number : SI003913 Prepared by : ROBERT DIEP

CERTIFICATE OF LADING FOR TRANSPORTATION IN BOND AND/OR LADING FOR EXPORTATION FOR

LAREDO, TX(2304)
(Port)

WITH THE EXCEPTIONS NOTED ABOVE, THE WITHIN-DESCRIBED GOODS WERE:

Delivered to the Carrier named above, for delivery to the District Director of Customs at destination sealed with Customs seals

Nos. LABELED

or the packages (were) (were not) labeled, or corded and sealed.

(Inspector or warehouse officer)

(Date)

Laden on the—

(Vessel, vehicle, or aircraft)

which cleared for—

on ............ (Date)

as verified by export records.

(Inspector)

(Date)

I truly declare that the statements contained herein are true and correct to the best of my knowledge and belief.

Entered or withdrawn by INTERCAMBIO COMERCIAL EK
TRANS-UNION GROUP INC. 17879 Arenth Ave. BLD
City Of Industry, CA 91748

To the Inspector or Warehouse Officer: The above-described goods shall be disposed of as specified herein.

*For the District Director of Customs.*

Received from the District Director of Customs of above district the merchandise described in this manifest for transportation and delivery into the custody of the customs officers at the port named above, all packages in apparent good order except as noted hereon.

C.H. ROBINSON CO.,
IRS#41-0680048 BOND# 459900350

*Attorney or Agent of Carrier*

Customs Form 7512 (040984)

1058853

UNITED STATES CUSTOMS SERVICE

# CUSTOMS BOND

19 CFR Part 113

CUSTOMS USE ONLY

BOND NUMBER (Assigned by Customs) 459900350

FILE REFERENCE 459900350

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date: March 18, 199

**SECTION I**—Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

| | | | |
|---|---|---|---|
| ☐ SINGLE TRANSACTION BOND | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.) | Date of transaction | Transaction district & port code |
| XX CONTINUOUS BOND | Effective date: March 23, 1999 | This bond remains in force for one year beginning with the effective date and for each succeeding annual period, or until terminated. This bond constitutes a separate bond for each period in the amounts listed below for liabilities that accrue in each period. The intention to terminate this bond must be conveyed within the time period and manner prescribed in the Customs Regulations. | |

**SECTION II**—This bond includes the following agreements.[2] (Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.)

| Activity Code | Activity Name and Customs Regulations in which conditions codified | | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | | Limit of Liability |
|---|---|---|---|---|---|---|---|
| ☐ ~~1~~ | ~~Importer or broker~~ | ~~113.62~~ | | ☐ ~~5~~ | ~~Public Gauger~~ | ~~113.67~~ | N/A |
| ☐ ~~1a~~ | ~~Drawback Payment Refunds~~ | ~~113.65~~ | N/A | ☐ ~~6~~ | ~~Wool & Fur Products Labeling Acts Importation (Single Entry Only)~~ | ~~113.68~~ | N/A |
| XX 2 | Custodian of bonded merchandise (Includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators) | 113.63 | 25,000 | ☐ ~~7~~ | ~~Bill of Lading (Single Entry Only)~~ | ~~113.69~~ | N/A |
| | | | | ☐ ~~8~~ | ~~Detention of Copyrighted Material (Single Entry Only)~~ | ~~113.70~~ | N/A |
| ☐ ~~3~~ | ~~International Carrier~~ | ~~113.64~~ | | ☐ ~~9~~ | ~~Neutrality (Single Entry Only)~~ | ~~113.71~~ | N/A |
| ☐ ~~3a~~ | ~~Instruments of International Traffic~~ | ~~113.66~~ | N/A | ☐ ~~10~~ | ~~Court Costs for Condemned Goods (Single Entry Only)~~ | ~~113.72~~ | N/A |
| ☐ ~~4~~ | ~~Foreign Trade Zone Operator~~ | ~~113.73~~ | N/A | | | | |

**SECTION III**—List below all tradenames or unincorporated divisions that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s).[3] (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| 41-0680048 | C.H. ROBINSON COMPANY D/B/A/ TRIPLE I TRANSPORTATION | | |

Bond Term 5/23/02

Bond Approved 3/23/99

Total number of importer names listed in Section III:

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).

Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety

WASHINGTON INTERNATIONAL INSURANCE COMPANY
300 PARK BLVD SUITE 500
ITASCA, IL 60143-2625

| | Name and Address | | |
|---|---|---|---|
| PRINCIPAL[4] | C.H. ROBINSON COMPANY<br>D/B/A/ TRIPLE I TRANSPORTATION<br>8100 MITCHELL ROAD, SUITE 200<br>EDEN PRAIRIE, MN 55344 | Importer No.[3] 41-0680048<br>SIGNATURE[5] Barry Butzow, Senior Vice President | SEAL |
| PRINCIPAL[4] | Name and Address | Importer No.[3]<br>SIGNATURE[5] | SEAL |
| SURETY[4,6] | Name and Address[6]<br>WASHINGTON INTERNATIONAL INSURANCE COMPANY<br>(AN ARIZONA CORPORATION)<br>300 PARK BLVD SUITE 500<br>ITASCA, IL 60143-2625 | Surety No.[7] 891<br>SIGNATURE[5]<br>Attorney-in-Fact | WASHINGTON INTERNATIONAL INSURANCE COMPANY CORPORATE SEAL ARIZONA |
| SURETY[4,6] | Name and Address[6] | Surety No.[7]<br>SIGNATURE[5] | SEAL |
| SURETY AGENTS | Name[8] Ann Higgins | | Identification No.[9] |



PART 1—U.S. CUSTOMS

Customs Form 301 (111883)

TOTAL P.01

DEPARTMENT OF TREASURY
UNITED STATES CUSTOMS SERVICE

4/5/02

Case Number 2002230420095001

Port Name and Code LAREDO/2304

Investigation File No.

## NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT

19 CFR 18.6, 172.31

TO:

C H ROBINSON
8100 MITCHELL RD #200
EDEN PRARIE MN 55344-2231

DEMAND IS HEREBY MADE FOR PAYMENT OF $25,000.00, representing ☐ penalties or ☑ Liquidated Damages assessed against you for violation of law or regulation, or breach of bond, as set forth below:

ON April 1, 2002, INVESTIGATION REVEALED THAT MEXICAN PEDIMENTO # 02 24 3065 2000010 WAS PRESENTED AS PROOF OF EXPORTATION FOR INBOND 609 203 862 WAS FALSE.

THIS CONSTITUTES A VIOLATION UNDER 19CFR18.8. DEMAND IS HEREBY MADE FOR PAYMENT OF LIQUIDATED DAMAGES IN THE ABOVE CITED AMOUNT.

RECEIVED U.S. CUSTOMS FP&F LAREDO, TX 2002 APR -5 PM 2:10

| LAW OR REGULATION VIOLATED | BOND REACHED |
|---|---|
| 19cfr 18.8 | |

| | | | |
|---|---|---|---|
| DESCRIPTION OF BOND CUSTODIAN | Form Number 459900350 | Amount 25,000.00 | Date |

Name and Address of principal in Bond C H ROBINSON CO 8100 MITCHELL RD #200 EDEN PRARIE MN 55344-2231

Name and Address of Surity on Bond WASHINGTON INTERNATIONAL INS CO 1200 ARLINGTON HEIGHTS RD SUITE 400 ITASCA IL 60143 — Surity Identification No. 891

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in (duplicate) (triplicate), addressed to the Commissioner of Customs, and forward to the District Director of Customs at

**P.O. BOX 3130 LAREDO, TEXAS 78044-3130**

Unless the amount herein demanded is paid or a petition for relief is filed with the District Director of Customs within 60 days from the date hereof, further action will be taken in connection with your bond or the matter will be referred to the United States Attorney

| | | |
|---|---|---|
| Signature ADRIANA GUARDIOLA | FP&F OFFICER | April 1, 2002 |

Customs Form 5955A (050881)

DEPARTMENT OF TREASURY
UNITED STATES CUSTOMS SERVICE

0300
4/5/02

Case Number 2002230420010280

Port Name and Code LAREDO/2304

Investigation File No.

## NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT

19 CFR 18.6, 172.31

TO:

C H ROBINSON
8100 MITCHELL RD #200
EDEN PRARIE MN 55344-2231

DEMAND IS HEREBY MADE FOR PAYMENT OF $25,000.00, representing ☐ penalties or ☑ Liquidated Damages assessed against you for violation of law or regulation, or breach of bond, as set forth below:

ON April 1, 2002, INVESTIGATION REVEALED THAT MEXICAN PEDIMENTO # 02 24 3065 2000025 WAS PRESENTED AS PROOF OF EXPORTATION FOR INBOND 609 203 873 WAS FALSE.

THIS CONSTITUTES A VIOLATION UNDER 19CFR18.8. DEMAND IS HEREBY MADE FOR PAYMENT OF LIQUIDATED DAMAGES IN THE ABOVE CITED AMOUNT.

RECEIVED
U.S. CUSTOMS
FP&F LAREDO, TX
2002 APR -5 PM 2:30

| LAW OR REGULATION VIOLATED | BOND REACHED |
|---|---|
| 19cfr 18.8 | |

| | | | |
|---|---|---|---|
| DESCRIPTION OF BOND CUSTODIAN | Form Number 459900350 | Amount 25,000.00 | Date |

Name and Address of principal in Bond C H ROBINSON CO 8100 MITCHELL RD #200 EDEN PRARIE MN 55344-2231

Name and Address of Surity on Bond WASHINGTON INTERNATIONAL INS CO 1200 ARLINGTON HEIGHTS RD SUITE 400 ITASCA IL 60143

Surity Identification No. 891

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in (duplicate) (triplicate), addressed to the Commissioner of Customs, and forward to the District Director of Customs at

P.O. BOX 3130 LAREDO, TEXAS 78044-3130

Unless the amount herein demanded is paid or a petition for relief is filed with the District Director of Customs within 60 days from the date hereof, further action will be taken in connection with your bond or the matter will be referred to the United States Attorney

Signature ADRIANA GUARDIOLA

April 1, 2002

Customs Form 5955A (050881)

DEPARTMENT OF TREASURY
UNITED STATES CUSTOMS SERVICE

03/02
4/5/02

Case Number: 200223094201/02901

Port Name and Code: LAREDO/2304

Investigation File No.

# NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT

19 CFR 18.6, 172.31

TO:

C H ROBINSON
8100 MITCHELL RD #200
EDEN PRARIE MN 55344-2231

DEMAND IS HEREBY MADE FOR PAYMENT OF $25,000.00, representing ☐ penalties or ☑ Liquidated Damages assessed against you for violation of law or regulation, or breach of bond, as set forth below:

ON April 1, 2002, INVESTIGATION REVEALED THAT MEXICAN PEDIMENTO # 02 24 3065 2000079 WAS PRESENTED AS PROOF OF EXPORTATION FOR INBOND 609 203 744 WAS FALSE.

THIS CONSTITUTES A VIOLATION UNDER 19CFR18.8. DEMAND IS HEREBY MADE FOR PAYMENT OF LIQUIDATED DAMAGES IN THE ABOVE CITED AMOUNT.

RECEIVED
U.S. CUSTOMS
FP&F LAREDO, TX
2002 APR -5 PM 2:30

| LAW OR REGULATION VIOLATED | BOND REACHED |
|---|---|
| **19cfr 18.8** | |

| | | | |
|---|---|---|---|
| DESCRIPTION OF BOND CUSTODIAN | Form Number 459900350 | Amount 25,000.00 | Date |
| Name and Address of principal in Bond | C H ROBINSON CO 8100 MITCHELL RD #200 EDEN PRARIE MN 55344-2231 | | |
| Name and Address of Surity on Bond WASHINGTON INTERNATIONAL INS CO 1200 ARLINGTON HEIGHTS RD SUITE 400 ITASCA IL 60143 | | | Surity Identification No. 891 |

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in (duplicate) (triplicate), addressed to the Commissioner of Customs, and forward to the District Director of Customs at

P.O. BOX 3130 LAREDO, TEXAS 78044-3130

Unless the amount herein demanded is paid or a petition for relief is filed with the District Director of Customs within 60 days from the date hereof, further action will be taken in connection with your bond or the matter will be referred to the United States Attorney

Signature ADRIANA GUARDIOLA

April 1, 2002



Customs Form 5955A (050831)

C.H. ROBINSON COMPANY

InterAmerica Industrial Park
14106 Transportation Ave.
Laredo, TX
78045-7922
prod. 956.726.1602
trans. 956.717.9660
fax 956.717.9664

U.S. Customs Service
Attn: Dina Gutierrez
Fines, Penalties & Forfeitures
Laredo, Texas 78040

Monday, June 3, 2002

Dina,

Here is our response to the Notice of Penalty or Liquidated Damages Incurred and Demand for Payment. For each case, I have provided the necessary back up document for your review. I kindly ask for your positive relief in my petition. I can be reached at the above listed number or via my cell at 251-1235.

Sincerely,

Duane W. Burdorf
Branch Manager

RECEIVED
U.S. CUSTOMS
2002 JUN -3 PM 3:23

DEPARTMENT OF TREASURY
UNITED STATES CUSTOMS SERVICE

Case Number: 20022301201028 01

Port Name and Code: LAREDO/2304

Investigation File No.

## NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT

19 CFR 18.6, 172.31

TO:

C H ROBINSON
8100 MITCHELL RD #200
EDEN PRARIE MN 55344-2231

DEMAND IS HEREBY MADE FOR PAYMENT OF $25,000.00, representing ☐ penalties or ☑ Liquidated Damages assessed against you for violation of law or regulation, or breach of bond, as set forth below:

ON April 1, 2002, INVESTIGATION REVEALED THAT MEXICAN PEDIMENTO # 02 24 3065 2000025 WAS PRESENTED AS PROOF OF EXPORTATION FOR INBOND 609 203 873 WAS FALSE.

THIS CONSTITUTES A VIOLATION UNDER 19CFR18.8. DEMAND IS HEREBY MADE FOR PAYMENT OF LIQUIDATED DAMAGES IN THE ABOVE CITED AMOUNT.

| LAW OR REGULATION VIOLATED | BOND REACHED |
|---|---|
| 19cfr 18.8 | |

| | | | |
|---|---|---|---|
| DESCRIPTION OF BOND CUSTODIAN | Form Number 459900350 | Amount 25,000.00 | Date |

Name and Address of principal in Bond: C H ROBINSON CO 8100 MITCHELL RD #200 EDEN PRARIE MN 55344-2231

Name and Address of Surity on Bond: WASHINGTON INTERNATIONAL INS CO 1200 ARLINGTON HEIGHTS RD SUITE 400 ITASCA IL 60143 — Surity Identification No. 891

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in (duplicate) (triplicate), addressed to the Commissioner of Customs, and forward to the District Director of Customs at

P.O. BOX 3130 LAREDO, TEXAS 78044-3130

Unless the amount herein demanded is paid or a petition for relief is filed with the District Director of Customs within 60 days from the date hereof, further action will be taken in connection with your bond or the matter will be referred to the United States Attorney.

Signature ADRIANA GUARDIOLA

April 1, 2002



Customs Form 5955A (050881)

DEPARTMENT OF TREASURY
UNITED STATES CUSTOMS SERVICE

Case Number: 20022304200095001

Port Name and Code: LAREDO/2304

Investigation File No.

NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT

19 CFR 18.6, 172.31

TO:

C H ROBINSON
8100 MITCHELL RD #200
EDEN PRARIE MN 55344-2231

DEMAND IS HEREBY MADE FOR PAYMENT OF $25,000.00, representing ☐ penalties or ☑ Liquidated Damages assessed against you for violation of law or regulation, or breach of bond, as set forth below:

ON April 1, 2002, INVESTIGATION REVEALED THAT MEXICAN PEDIMENTO # 02 24 3065 2000010 WAS PRESENTED AS PROOF OF EXPORTATION FOR INBOND 609 203 862 WAS FALSE.

THIS CONSTITUTES A VIOLATION UNDER 19CFR18.8. DEMAND IS HEREBY MADE FOR PAYMENT OF LIQUIDATED DAMAGES IN THE ABOVE CITED AMOUNT.

| LAW OR REGULATION VIOLATED | BOND REACHED |
|---|---|
| 19cfr 18.8 | |

| | | | |
|---|---|---|---|
| Description of Bond: CUSTODIAN | Form Number: 459800350 | Amount: 25,000.00 | Date: |

Name and Address of principal in Bond: C H ROBINSON CO 8100 MITCHELL RD #200 EDEN PRARIE MN 55344-2231

Name and Address of Surety on Bond: WASHINGTON INTERNATIONAL INS CO 1200 ARLINGTON HEIGHTS RD SUITE 400 ITASCA IL 60143

Surety Identification No.: 891

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form: submit in (duplicate) (triplicate), addressed to the Commissioner of Customs, and forward to the District Director of Customs at

P.O. BOX 3130 LAREDO, TEXAS 78044-3130

Unless the amount herein demanded is paid or a petition for relief is filed with the District Director of Customs within 60 days from the date hereof, further action will be taken in connection with your bond or the matter will be referred to the United States Attorney

| Signature | | |
|---|---|---|
| ADRIANA GUARDIOLA | FP&F OFFICER | April 1, 2002 |

Customs Form 5955A (050881)



** TOTAL PAGE.04 **

** TOTAL PAGE.04 **

DEPARTMENT OF TREASURY
UNITED STATES CUSTOMS SERVICE

# NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT

19 CFR 18.8, 172.31

Case Number: 20022304201102901

Port Name and Code: LAREDO/2304

Investigation File No.

TO:

C H ROBINSON
8100 MITCHELL RD #200
EDEN PRARIE MN 55344-2231

DEMAND IS HEREBY MADE FOR PAYMENT OF $25,000.00, representing ☐ penalties or ☑ Liquidated Damages assessed against you for violation of law or regulation, or breach of bond, as set forth below:

ON April 1, 2002, INVESTIGATION REVEALED THAT MEXICAN PEDIMENTO # 02 24 3065 2000079 WAS PRESENTED AS PROOF OF EXPORTATION FOR INBOND 609 203 744 WAS FALSE.

THIS CONSTITUTES A VIOLATION UNDER 19CFR18.8. DEMAND IS HEREBY MADE FOR PAYMENT OF LIQUIDATED DAMAGES IN THE ABOVE CITED AMOUNT.

| LAW OR REGULATION VIOLATED | BOND REACHED |
|---|---|
| 19cfr 18.8 | |

| | | | |
|---|---|---|---|
| Description of Bond CUSTODIAN | Form Number 459900350 | Amount 25,000.00 | Date |

Name and Address of principal in Bond: C H ROBINSON CO 8100 MITCHELL RD #200 EDEN PRARIE MN 55344-2231

Name and Address of Surity on Bond: WASHINGTON INTERNATIONAL INS CO 1200 ARLINGTON HEIGHTS RD SUITE 400 ITASCA IL 60143 — Surety Identification No. 891

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in (duplicate) (triplicate), addressed to the Commissioner of Customs, and forward to the District Director of Customs at

P.O. BOX 3130 LAREDO, TEXAS 78044-3130

Unless the amount herein demanded is paid or a petition for relief is filed with the District Director of Customs within 60 days from the date hereof, further action will be taken in connection with your bond or the matter will be referred to the United States Attorney

| Signature ADRIANA GUARDIOLA | FP&F OFFICER | April 1, 2002 |
|---|---|---|

Customs Form 5955A (050881)

19 CFR 10.60, 10.61, 18, 123.41, 123.42

Form Approved O.M.B. No. 1515-0005

# TRANSPORTATION ENTRY AND MANIFEST OF GOODS SUBJECT TO CUSTOMS INSPECTION AND PERMIT

UNITED STATES CUSTOMS SERVICE

Entry No. ............ Port ............ Date ............

Entry No. 005, 203, 744

Class of Entry T.E. 62
(I.T.)(Wd.T.)(Wd.Ex.)(T.E.)(Drawback, etc.)

Dist. No. 27 Port Code No. 04 First U.S. Port of Unlading LOS ANGELES, CA

Port of LOS ANGELES, CA Date 21-Dec-2001

Entered or imported by TRANS-UNION GROUP INC./ INTERCAMBIO COMERCIA EKIM SA to be shipped in bond via C.H. ROBINSON CO., IRS#41-0680048 BOND# 459900350 consigned to
(C.H.L Number) (Vessel or carrier) (Car number and initial) (Pier or station)

District Director of Customs At LAREDO, TX(2304) Final foreign destination 20100 MEXICO LAREDO (For exportation only)

Consignee INTERCAMBIO COMERCIAL EKIM SA C/O L.E.FORWARDING & FREIGHT BROKER
(At customs port of exit or destination)

Foreign port of lading SHEKOU CHINA B/L No. ZIMUSKU972798 Date of sailing 10-Dec-2001
(Above information to be furnished only when merchandise is imported by vessel)

Imported on the ZIM AMERICA 40E Flag ............ on 25-Dec-2001 via DIRECT
(Name of vessel or carrier and motive power) (Date imported) (Last foreign port)

Exported from CHINA on 10-Dec-2001 Goods now at C-60 7611 LONG BEACH
(Country) (Date) (Name of warehouse, station, pier, etc.)

| Marks and Numbers of Packages | DESCRIPTION AND QUANTITY OF MERCHANDISE NUMBER AND KIND OF PACKAGES (Describe fully as per shipping papers) | GROSS WEIGHT IN POUNDS | VALUE (Dollars only) | RATE | DUTY |
|---|---|---|---|---|---|
| | 993 CARTONS 100% COTTON T-SHIRTS | 35436 LBS | 998,230.00 | | |
| Total ---> | 993 CARTONS | 35436 LBS | | | |
| CONVEYANCE / | QUANTITY / RECEIVED / | DATE / | DELIVERED / | RECEIVED DATE | |

MARIO PEÑA
Customhouse Broker
5660 San Lorenzo
Laredo, Texas 78042

CUSTOMS ... ACCEPTED

P.O. No. Job Number : S1003794 Prepared by : ROBERT DIEP

**CERTIFICATE OF LADING FOR TRANSPORTATION IN BOND AND/OR LADING FOR EXPORTATION FOR**

LAREDO, TX(2304)
(Port)

WITH THE EXCEPTIONS NOTED ABOVE, THE WITHIN-DESCRIBED GOODS WERE:

Delivered to the Carrier named above, for delivery to the District Director of Customs at destination sealed with Customs seals LABELED

Nos. ............

The packages (were) (were not) labeled, or corded and sealed.

(Inspector or warehouse officer)

(Date)

Laden on the—
(Vessel, vehicle, or aircraft)

which cleared for—

on ............
(Date)

verified by export records.

(Inspector)

(Date)

I truly declare that the statements contained herein are true and correct to the best of my knowledge and belief.

Entered or withdrawn by INTERCAMBIO COMERCIAL EKI
TRANS-UNION GROUP INC. 17979 Arenth Ave. BLD#A,
CITY OF INDUSTRY, CA 91748

To the Inspector or Warehouse Officer: The above-described goods shall be disposed of as specified herein.

*For the District Director of Customs.*

Received from the District Director of Customs of above district the merchandise described in this manifest for transportation and delivery into the custody of the customs officers at the port named above, all packages in apparent good order except as noted hereon.

C.H. ROBINSON CO.

*Attorney or Agent of Carrier*



Customs Form 7512 (040984)

19 CFR 10.60, 10.61, 18, 123.41, 123.42

Form Approved
O.M.B. No. 1515-0005

# TRANSPORTATION ENTRY AND MANIFEST OF GOODS SUBJECT TO CUSTOMS INSPECTION AND PERMIT

UNITED STATES CUSTOMS SERVICE

Entry No. ..........
Port ..........
Date ..........

Entry No. 509.203.873
Class of Entry T.E. 62
(I.T.)(Wd.T.)(Wd.Ex.)(T.E.)(Drawback, etc.)

Dist. No. 27 Port Code No. 04 First U.S. Port of Unlading LOS ANGELES, CA

Port of LOS ANGELES, CA Date 27-Dec-2001

Entered or imported by TRANS-UNION GROUP INC./INTERCAMBIO COMERCIAL EKIM SA to be shipped in bond via C.H. ROBINSON CO., IRS#41-0680048 BOND# 459900350 consigned to
(C.H.L Number) (Vessel or carrier) (Car number and initial) (Pier or station)

District Director of Customs At LAREDO, TX(2304) Final foreign destination 20100 MEXICO LAREDO (For exportations only)
Consignee INTERCAMBIO COMERCIAL EKIM SA CV/L.E.FORWARDING FREIGHT BROKER LAREDO TX78045
(At customs port of exit or destination)

Foreign port of lading HONG KONG,HONG KONG B/L No. CHNJHKLAX318081 Date of sailing 15-Dec-200
(Above information to be furnished only when merchandise is imported by vessel)

Imported on the CSCL SHANGHAI 0023E Flag .......... on 28-Dec-2001 via HONG KONG,HONG KON
(Name of vessel or carrier and motive power) (Date imported) (Last foreign port)

Exported from HONG KONG on 15-Dec-2001 Goods now at BERTH 126 YAMI
(Country) (Date) (Name of warehouse, station, pier, etc.)

| Marks and Numbers of Packages | DESCRIPTION AND QUANTITY OF MERCHANDISE NUMBER AND KIND OF PACKAGES (Describe fully as per shipping papers) | GROSS WEIGHT IN POUNDS | VALUE (Dollars only) | RATE | DUTY |
|---|---|---|---|---|---|
| 1-1137 | 1137CTN GARMENTS MENS 100% NYLON WOVEN SHORTS LADIES 100% NYLON WOVEN SHORTS/JOGGING SUITS/PANTS | 41953.3LB | 181,087.40 | | |
| Total ---> | 1137CTN | 41953.3LB | ESTIMATED NOT VERIFIED | | |
| CONVEYANCE / QUANTITY / RECEIVED / | DATE / | DELIVERED | | RECEIVED DATE | |

G.O. No. Job Number : SI003913 Prepared by : ROBERT DIEP

CERTIFICATE OF LADING FOR TRANSPORTATION IN BOND AND/OR LADING FOR EXPORTATION FOR

LAREDO, TX(2304)
(Port)

WITH THE EXCEPTIONS NOTED ABOVE, THE WITHIN-DESCRIBED GOODS WERE:

Delivered to the Carrier named above, for delivery to the District Director of Customs at destination sealed with Customs seals

Nos. LABELED

or the packages (were) (were not) labeled, or corded and sealed.

..........
(Inspector or warehouse officer)

..........
(Date)

Laden on the—

..........
(Vessel, vehicle, or aircraft)

which cleared for—

on ..........
(Date)

as verified by export records.

..........
(Inspector)

..........
(Date)

I truly declare that the statements contained herein are true and correct to the best of my knowledge and belief.

Entered or withdrawn by INTERCAMBIO COMERCIAL EK
TRANS-UNION GROUP INC. 17979 Arenth Ave, BLD#A
City Of Industry, CA 91748

To the Inspector or Warehouse Officer: The above-described goods shall be disposed of as specified herein.

..........
*For the District Director of Customs.*

Received from the District Director of Customs of above district the merchandise described in this manifest for transportation and delivery into the custody of the customs officers at the port named above, all packages in apparent good order except as noted hereon.

C.H. ROBINSON CO.,
IRS#41-0680048 BOND# 459900350

..........
*Attorney or Agent of Carrier*

Customs Form 7512 (040984)

19 CFR 10.60, ..., 18, 123.41, 123.42

Form Approved
O.M.B. No. 1515-0005

# TRANSPORTATION ENTRY AND MANIFEST OF GOODS SUBJECT TO CUSTOMS INSPECTION AND PERMIT

UNITED STATES CUSTOMS SERVICE

Entry No. ..........

Port ..........

Date ..........

Entry No. 609.203.862

Class of Entry I.E. 62
(I.T.)(Wd.T.)(Wd.Ex.)(T.E.)(Drawback, etc.)

Dist. No. 27 Port Code No. 04 First U.S. Port of Unlading LOS ANGELES, CA

Port of LOS ANGELES, CA

Entered or imported by TRANS-UNION GROUP INC./INTERCAMBIO COMERCIAL EKIM SA Date 27-Dec-2001 to be shipped

in bond via C.H. ROBINSON CO., IRS#41-0680048 BOND# 469900350 consigned to
(C.H.L. Number) (Vessel or carrier) (Car number and initial) (Pier or station)

District Director of Customs At LAREDO, TX(2304) Final foreign destination 20100 MEXICO LAREDO
Consignee INTERCAMBIO COMERCIAL EKIM SA C/O L.E. FORWARDING FREIGHT BROKER L... (For exportations only)
(At customs port of exit or destination)

Foreign port of lading HONG KONG,HONG KONG B/L No. CHNUHKLAX 318082 Date of sailing 15-Dec-200...
(Above information to be furnished only when merchandise is imported by vessel)

Imported on the ...XA SHANGHAI 0093E Flag .......... on 28-Dec-2001 via HONG KONG, HONG KONG
(Name of vessel or carrier and motive power) (Date imported) (Last foreign port)

Exported from HONG KONG on 15-Dec-2001 Goods now at BERTH 126 (YAM)
(Country) (Date) (Name of warehouse, station, pier, etc.)

| Marks and Numbers of Packages | DESCRIPTION AND QUANTITY OF MERCHANDISE NUMBER AND KIND OF PACKAGES (Describe fully as per shipping papers) | GROSS WEIGHT IN POUNDS | VALUE (Dollars only) | RATE | DUTY |
|---|---|---|---|---|---|
| -1100 | 1100CTN GARMENTS MENS 100% NYLON WOVEN JOGGING SUITS/PANTS/ JACKETS | 42740.1LB | 217,053.5... | | |
| | 1100 CTN | 42740.1LB | ESTIMATED NOT VERIFIED | | |
| CONVEYANCE | / QUANTITY / RECEIVED / | DATE / | DELIVERED | | RECEIVED DATE |

U.S. CUSTOMS MAY 4 - 2002 RECEIVED

I.D. No. JOB Number : SI003913 Prepared by : ROBERT LIEP

CERTIFICATE OF LADING FOR TRANSPORTATION IN BOND AND/OR LADING FOR EXPORTATION FOR
LAREDO, TX(2304)
(Port)

WITH THE EXCEPTIONS NOTED ABOVE, THE WITHIN-DESCRIBED GOODS WERE:

Delivered to the Carrier named above, for delivery to the District Director of Customs at destination sealed with Customs seals
LABELED

Laden on the—
(Vessel, vehicle, or aircraft)
which cleared for—

The packages (were) (were not) labeled, or corded and sealed.

on ..........
(Date)
as verified by export records.

(Inspector or warehouse officer)

(Inspector)

(Date)

(Date)

I truly declare that the statements contained herein are true and correct to the best of my knowledge and belief.

Entered or withdrawn by INTERCAMBIO COMERCIAL EKIM
TRANS-UNION GROUP INC. 17979 Arenth Ave. BLDG#A
City Of Industry, CA 91748

To the Inspector or Warehouse Officer: The above-described goods shall be disposed of as specified herein.

*For the District Director of Customs.*

Received from the District Director of Customs of above district the merchandise described in this manifest for transportation and delivery into the custody of the customs officers at the port named above, all packages in apparent good order except as noted hereon.

C.H. ROBINSON CO.
IRS#41-0680048 BOND# 469900350

*Attorney or Agent of Carrier*

Customs Form 7512 (040984)

NUM. PEDIMENTO: 02 24 3065 2000010 T.OPER.: IMP CVE. PEDIM.: A1 REGION: IMD

TIPO CAMBIO: 9.16950 PESO BRUTO: 19386.909 ADUANA E/S: 240

DESTINO: 9

MEDIOS DE TRANSPORTE

| ENTRADA/SALIDA | ARRIBO | SALIDA |
|---|---|---|
| 7 | 7 | 7 |

VALOR DOLARES: 217053.50
VALOR ADUANA: 1990315
PRECIO PAGADO/VALOR COMERCIAL: 1990272

RFC: PFT8803142N7 NOMBRE, DENOMINACION O RAZON SOCIAL: PRENDAS FINAS TEXTILES, SA DE CV.

CURP:

DOMICILIO: SAN JACINTO #2542 CP 06300 FRACC. INDUSTRIAL VALLEJO, DF, MEX

| VAL. SEGUROS | SEGUROS | FLETES | EMBALAJES | OTROS INCREMENTABLES |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 5043 |

ACUSE ELECTRONICO DE VALIDACION: CMEYRT5S

CLAVE DE LA SECCION ADUANERA DE DESPACHO: 240

ADMINISTRACION GENERAL DE ADUANAS
BITAL-BANCO INTERNACIONAL (57
ADUANA NUEVO LAREDO, TAMAULIPAS
CAJA # 03
OPERACION BANCARIA :30380137
PEDIMENTO 3065-2000010
FECHA: 03/01/2002
HORA: 15:01:31
IMPORTE : $1120,770.

MARCAS, NUMEROS Y TOTAL DE BULTOS: S/M S/N 1100 BULTOS TOTALES

FECHAS
ENTRADA: 03/01/2002
PAGO: 03/01/2002

CONTRIB.: DTA — CVE. T. TASA: 7 — TASA: 8.00000

| CONCEPTO | F.P. | IMPORTE | CONCEPTO | F.P. | IMPORTE |
|---|---|---|---|---|---|
| DTA | 0 | 15963 | IVA | 0 | 406446 |
| IGI | 0 | 698361 | | | |

| TOTALES | |
|---|---|
| EFECTIVO | 1120770 |
| OTROS | 0 |
| TOTAL | 1120770 |

DATOS DEL PROVEEDOR

ID. FISCAL: 12-134569870 NOMBRE, DENOMINACION O RAZON SOCIAL: TAI TAK HOLDINGS

DOMICILIO: TO CHAU STREET ... FLAT D 2/F ... CP 452 ... KOWLOON, THK

03/01/2002 17:20 OPER:
PEDIMENTO 3065-2000010
...DESADUANAMIENTO LIBRE...

| NUM. FACTURA | FECHA | INCOTERM | MONEDA FACT. | VAL. MON. FACT. |
|---|---|---|---|---|
| LD202TT15 | 18/12/2001 | DAF | USD | 120986.40 |

SE ANEXA COPIA DE FACTURA COMERCIAL, CERTIFICADO DE ORIGEN ANEXO III, Y DATOS ADICIONALES DEL ANEXO 18.
CAJA No. 783245 SELLOS: A5858787, A5858788.

PARTIDAS

| SEC | FRACCION | SUBD. | VINC. | MET VAL | UMC | CANTIDAD UMC | UMT | CANTIDAD UMT | P.V/C | P.O/D |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 61031201 | 0 | 0 | 1 | 12 | 17815.000 | 6 | 37638.000 | TWN | |

ORDEN 1/3 TRAJES PARA CABALLERO 100% NAILON

| VAL. ADU / USD | IMP. PRECIO PAG. | PRECIO UNIT. | VAL. AGREG. |
|---|---|---|---|
| 1538356 | 1535465 | 81.60350 | 0 |

IDENT. MM COMPLEMENTO 0045CT7 — IDENT. UM COMPLEMENTO 0

| CON. | TASA | T.T. | F.P. | IMPORTE |
|---|---|---|---|---|
| IVA | 15.00000 | 1 | 0 | 331567 |
| IGI | 35.00000 | 1 | 0 | 537775 |

SEGUNDA SELECCION AUTOMATIZADA
FECHA: 03/01/2002 HORA 17:20
PEDIMENTO: 3065-1000010
DESADUANAMIENTO LIBRE

OBSERVACIONES

SE EXIME DEL REQUISITO DE LA SECON POR ESTAR FUERA DE LA RESTRICCION.

ADUANA: 240 EST.CAP.: 25 HORA 11:
FECHA: 03/01/2002 OPERADOR:
DOCUMENTO: 3065-1000010
**C U M P L I D O**

AGENTE ADUANAL, APODERADO ADUANAL O ALMACEN

NOMBRE O RAZ. SOC.: REFUGIO SANTOS FERNANDEZ
RFC: SAFR690312OK2 CURP: SAFR690312OK2

DECLARO BAJO PROTESTA DE DECIR VERDAD, EN LOS TERMINOS DE LO DISPUESTO POR EL ARTICULO 81 DE LA LEY ADUANERA: PATENTE O AUTORIZACION: 3055

FIRMA AUTOGRAFA

DESTINO/ORIGEN: INTERIOR DEL PAIS

1a. COPIA: TRANSPORTISTA



MAR 22 2002 09:21 6263632413 TOTAL P.07 PAGE 07

NUM. PEDIMENTO: 02 24 3065 2000079 T.OPER: IMP CVE. PEDIM.: A1 REGIMEN: IMD

DESTINO: 9 TIPO CAMBIO: 10.23720 PESO BRUTO: 17265.000 ADUANA E/S: 240

MEDIOS DE TRANSPORTE — ENTRADA/SALIDA: ARRIBO: SALIDA: 7

VALOR DOLARES: $9230.00
VALOR ADUANA:
PRECIO PAGADO/VALOR COMERCIAL:

ADMINISTRACION GENERAL DE ADUANAS
BANCO INTERNACIONAL (3)
NUEVO LAREDO, TAMAULIPAS.
CAJA : 03
OPERACION BANCARIA :54387042
PEDIMENTO 3065:2000079
FECHA : 07/01/2002
HORA 16:35:21
IMPORTE : $564,846

RFC: PFT8405316287
CURP:
NOMBRE, DENOMINACION O RAZON SOCIAL: PRENDAS FINAS TEXTILES, SA DE CV.
DOMICILIO: SAN JACINTO #3542 CP 06300 FRACC. INDUSTRIAL VALLEJO, DF, MEX

| VAL.SEGUROS | SEGUROS | FLETES | EMBALAJES | OTROS INCREMENTABLES |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | |

ACUSE ELECTRONICO DE VALIDACION: 0M7/Z7OBC

CLAVE DE LA SECCION ADUANERA DE DESPACHO: 240

MARCAS, NUMEROS Y TOTAL DE BULTOS: SM 8N 893 BULTOS

| FECHAS | | CONTRIB. | CVE. T. TASA | TASA |
|---|---|---|---|---|
| ENTRADA | 07/01/2002 | DTA | 7 | 8.00000 |
| PAGO: | 07/01/2002 | | | |

| CONCEPTO | F.P. | IMPORTE | CONCEPTO | F.P. | IMPORTE | TOTALES | |
|---|---|---|---|---|---|---|---|
| DTA | 0 | 8065 | IVA | 0 | 204841 | EFECTIVO | 564846 |
| IGI | 0 | 351960 | | | | OTROS | |
| | | | | | | TOTAL | 564846 |

07/01/2002 21:47 OPER:135-10010
PEDIMENTO: 3065-2000079
FIRMA: MHCEWOPGTY
RENGLONES: 001/001

| ID. FISCAL | NOMBRE, DENOMINACION O RAZON SOCIAL | DOMICILIO | VINCULACION |
|---|---|---|---|
| 9511515-1234210Y | SANSHUI SILK IMP & EXP. CORP. OF GUANGDONG. | FLAT, GUISAO STREET 5 #, LANE 1 CP 12225-457, HANLIBAO ROAD SOUTH, XINAN TOWN, SANSHUI CITY, GUANDONG PROVINCE, USA | NO |

| NUM.FACTURA | FECHA | INCOTERM | MONEDA EXT. | VAL.MON.EXT. | FACTOR MON.EXT | VAL. DOLARES |
|---|---|---|---|---|---|---|
| LD2002TT845 | 05/12/2001 | DAF | USD | 98230.00 | 1.00000000 | 98230.00 |

SE ANEXA COPIA DE FACTURA COMERCIAL Y CERTIFICADO DE ORIGEN ANEXO III Y DATOS ADICIONALES ... A8336427

| SEC | FRACCION | SUBD | VINC | MET VAL | UMC | CANTIDAD UMC | UMT | CANTIDAD UMT | P.V/C | P.O/D | CON | TASA | TT | FP | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 61091001 | 0 | 0 | 1 | 19 | 9821.000 | 6 | 157876.000 | HKG | HKG | IVA | 15.00000 | 1 | 0 | 204841 |
| | | | | | | | | | | | IGI | 35.00000 | 1 | 0 | 351960 |

DESCRIPCION: CAMISETAS 100% ALGODON, PARA CABALLERO COLORES VARIOS

| VAL. ADU / USD | IMP. PRECIO PAG. | PRECIO UNIT. | VAL. AGREG | E.F. ORIG-DEST-VEND-COMP |
|---|---|---|---|---|
| 1005600 | 1005600 | 102.37198 | 0 | DF HKG HKG |

| IDENT. | COMPLEMENTO | IDENT. | COMPLEMENTO | IDENT. | COMPLEMENTO |
|---|---|---|---|---|---|
| NM | 004NCFI | UM | 0 | | |

ADUANA: MD EST. CAR. 26 HORA 20:... FECHA: 07/01/2002 OPERADOR: ... DOCUMENTO: 3065-2000079

------ FIN DE PEDIMENTO -------- NUM. TOTAL DE PARTIDAS: 1 -------- CLAVE PREVALIDADOR: 02402 --------

AGENTE ADUANAL, APODERADO ADUANAL O ALMACEN
NOMBRE O RAZ. SOC.: REFUGIO SANTOS FERNANDEZ
RFC: SAFR690312QK2 CURP: SAFR690312QK2

DECLARO BAJO PROTESTA DE DECIR VERDAD, EN LOS TERMINOS DE LO DISPUESTO POR EL ARTICULO 81 DE LA LEY ADUANERA: PATENTE O AUTORIZACION 3065
FIRMA AUTOGRAFA

2. COPIA TRANSPORTISTA

DESTINO/ORIGEN: INTERIOR DEL PAIS

TAF # 609.203 744

TOTAL P.01

NUM. PEDIMENTO: 02 24 3065 2000025 T.OPER: IMP CVE. PEDIM.: A1 REGIMEN: IMD

DESTINO: 9 TIPO CAMBIO: 9.15920 PESO BRUTO: 19030.016 ADUANA E/S: 240

MEDIOS DE TRANSPORTE — ENTRADA/SALIDA: ARRIBO 7, SALIDA 7

VALOR DOLARES: 181087.40
VALOR ADUANA: 1665470
PRECIO PAGADO/VALOR COMERCIAL: 1660427

RFC: PFT860314?M? NOMBRE, DENOMINACION O RAZON SOCIAL: PRENDAS FINAS TEXTILES, SA DE CV
CURP:
DOMICILIO: SAN JACINTO #2542 CP 06300 FRACC: INDUSTRIAL VALLEJO, DF, MEX

| VAL. SEGUROS | SEGUROS | FLETES | EMBALAJES | OTROS INCREMENTABLES |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 5043 |

ACUSE ELECTRONICO DE VALIDACION: LPJHEN20

CLAVE DE LA SECCION ADUANERA DE DESPACHO: 240

ADMINISTRACION GENERAL DE ADUANAS
BITAL-BANCO INTERNACIONAL (3)
ADUANA NUEVO LAREDO, TAMPS.
CAJA: 03
OPERACION BANCARIA: 9519657
PEDIMENTO 3065:2000025
FECHA: 02/01/2002
HORA 16:25:37
IMPORTE: $935,495.**

MARCAS, NUMEROS Y TOTAL DE BULTOS: S/M S/N 1137 BULTOS TOTALES

FECHAS — ENTRADA: 02/01/2002; PAGO: 02/01/2002

CONTRIB. / CVE. T. TASA / TASA: DTA 7 8.0000

02/01/2002 20:45 OPER: 109-21725
PEDIMENTO: 3065-2000025
BULTOS: 001/001
CR: 0131 — ORLANDO OLVERA
MARCO ANTONIO
RECONOCIMIENTO ADUANERO

| CONCEPTO | F.P. | IMPORTE | CONCEPTO | F.P. | IMPORTE | TOTALES | |
|---|---|---|---|---|---|---|---|
| DTA | 0 | 13324 | IVA | 0 | 339256 | EFECTIVO | 935495 |
| IGI | 0 | 582915 | | | | OTROS | 0 |
| | | | | | | TOTAL | 935495 |

| ID. FISCAL | NOMBRE, DENOMINACION O RAZON SOCIAL | DOMICILIO | VINCULACION |
|---|---|---|---|
| 2330-5520-97 | TRI TAK HOLDINGS LTD | FLAT D, MELBOURNE BUILDING #1/F 48-56 CP 2391-5521 SHENSHUIPO KOWLONG, HKG | NO |

| NUM. FACTURA | FECHA | INCOTERM | MONEDA FACT. | VAL. MON. FACT. | FACTOR MON. FACT. | VAL. DOLARES |
|---|---|---|---|---|---|---|
| LDJ019TT14 | 16/12/2001 | DAF | USD | 181087.40 | 1.00000000 | 181087.40 |

PEDIMENTO 3065-2000025

SE ANEXA COPIA DE FACTURA COMERCIAL Y CERTIFICADO DE ORIGEN ANEXO III Y DATOS ADICIONALES DEL ANEXO 1A.
CAJA No.: 1525 SELLO: A5873655

| SEC | FRACCION | SUBD | VINC | MET. VAL | UMC | CANTIDAD UMC | UMT | CANTIDAD UMT | P. V/C | P. O/D |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 61044399 | 0 | 0 | 1 | 6 | 4361.000 | 6 | 4361.000 | HKG | HKG |

DESCRIPCION: ORDEN 1 PANTALONES CORTOS PARA CABALLERO 100% NAILON

| VAL. ADU / USD | IMP. PRECIO PAG. | PRECIO UNIT. | VAL. AGREG | M.P. ORIG-DEST-VEND-COMP |
|---|---|---|---|---|
| 116314 | 125962 | 26.58059 | 0 | DF DF |

| CON. | TASA | T.T. | F.P. | IMPORTE |
|---|---|---|---|---|
| IVA | 16.40000 | 1 | 0 | 33681 |
| IGI | 35.00000 | 1 | 0 | 40710 |

| IDENT. | COMPLEMENTO | IDENT. | COMPLEMENTO | IDENT. | COMPLEMENTO |
|---|---|---|---|---|---|
| NM | 0049CFI | | | | |

SE EXIME DEL REQUISITO DE LA SECON POR ESTAR FUERA DEL ACOTAMIENTO DE LA RESTRICCION

SELECCION AUTOMATIZADA
CON FECHA DE IMPORTE
DESPACHO... 3065-2000025
DESADUANAMIENTO LIBRE

AGENTE ADUANAL, APODERADO ADUANAL O ALMACEN
NOMBRE O RAZ. SOC.: REFUGIO SANTOS FERNANDEZ
RFC: SAFR690312QK2 CURP: SAFR690312QK2

DECLARO BAJO PROTESTA DE DECIR VERDAD, EN LOS TERMINOS DE LO DISPUESTO POR EL ARTICULO 81 DE LA LEY ADUANERA: PATENTE O AUTORIZACION 3065

FIRMA AUTOGRAFA

1a. COPIA: TRANSPORTISTA DESTINO/ORIGEN: INTERIOR DEL PAIS

NUM. PEDIMENTO: 02 24 3065 2000025 T.OPER: IMP CVE. PEDIM.: A1 RFC: PFT960314HM7
CURP:

| SEC | FRACCION / DESCRIPCION / VAL. ADU / USD | SUBD | VINC | MET VAL | UMC | CANTIDAD UMC | UMT | CANTIDAD UMT | P.V/C | P.O/D | CON | TASA | TT | FP | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 61046399 | 0 | 0 | 1 | 6 | 13584.000 | 6 | 13584.000 | HKG | HKG | IVA | 15.00000 | 1 | 0 | 71402 |
| | ORDEN 2/3 PANTALONES CORTOS PARA DAMA 100% NAILON | | | | | | | | | | IGI | 35.00000 | 1 | 0 | 125807 |
| | 362305 / IMP. PRECIO PAG. 361208 / PRECIO UNIT. 26.59063 / VAL. AGREG. 0 / DF DF | | | | | | | | | | | | | | |
| | IDENT. NM 0048CPI / IDENT. ES N / IDENT. UM 0 | | | | | | | | | | | | | | |
| | SE EXIME DEL REQUISITO DE LA SECON POR ESTAR FUERA DEL ACOTAMIENTO DE LA RESTRICCION. | | | | | | | | | | | | | | |
| 3 | 61031201 | 0 | 0 | 1 | 12 | 2616.000 | 6 | 5232.000 | HKG | HKG | IVA | 15.00000 | 1 | 0 | 43618 |
| | ORDEN 4 TRAJES PARA CABALLERO 100% NAILON | | | | | | | | | | IGI | 35.00000 | 1 | 0 | 74943 |
| | 214129 / 213401 / 81.60389 / 0 / DF DF | | | | | | | | | | | | | | |
| | IDENT. NM 0048CPI / IDENT. ES N / IDENT. UM 0 | | | | | | | | | | | | | | |
| | SE EXIME DEL REQUISITO DE LA SECON POR ESTAR FUERA DEL ACOTAMIENTO DE LA RESTRICCION. | | | | | | | | | | | | | | |
| 4 | 61033301 | 0 | 0 | 1 | 6 | 14033.000 | 6 | 14033.000 | HKG | HKG | IVA | 15.00000 | 1 | 0 | 123377 |
| | ORDEN 5/7 SACOS PARA CABALLERO 100% NAILON | | | | | | | | | | IGI | 35.00000 | 1 | 0 | 229170 |
| | 654771 / 652788 / 46.51211 / 0 / DF DF | | | | | | | | | | | | | | |
| | IDENT. NM 0048CPI / IDENT. ES N / IDENT. UM 0 | | | | | | | | | | | | | | |
| | SE EXIME DEL REQUISITO DE LA SECON POR ESTAR FUERA DEL ACOTAMIENTO DE LA RESTRICCION. | | | | | | | | | | | | | | |
| 5 | 61046299 | 0 | 0 | 1 | 6 | 3090.000 | 6 | 3090.000 | HKG | HKG | IVA | 15.00000 | 1 | 0 | 18674 |
| | ORDEN 8,10,12 PANTALONES PARA DAMA 100% ALGODON | | | | | | | | | | IGI | 35.00000 | 1 | 0 | 31839 |
| | 90940 / 90665 / 29.34142 / 0 / DF DF | | | | | | | | | | | | | | |
| | IDENT. NM 0048CPI / IDENT. ES N / IDENT. UM 0 | | | | | | | | | | | | | | |
| | SE EXIME DEL REQUISITO DE LA SECON POR ESTAR FUERA DEL ACOTAMIENTO DE LA RESTRICCION. | | | | | | | | | | | | | | |
| 6 | 61043301 | 0 | 0 | 1 | 6 | 283.000 | 6 | 283.000 | HKG | HKG | IVA | 15.00000 | 1 | 0 | 2275 |
| | ORDEN 9 SACOS PARA DAMA 100% ALGODON | | | | | | | | | | IGI | 35.00000 | 1 | 0 | 3909 |
| | 11169 / 11135 / 40.01186 / 0 / DF DF | | | | | | | | | | | | | | |
| | IDENT. NM 0048CPI / IDENT. ES N / IDENT. UM 0 | | | | | | | | | | | | | | |
| | SE EXIME DEL REQUISITO DE LA SECON POR ESTAR FUERA DEL ACOTAMIENTO DE LA RESTRICCION. | | | | | | | | | | | | | | |

AGENTE ADUANAL, APODERADO ADUANAL O ALMACEN
NOMBRE O RAZ. SOC.: REFUGIO SANTOS FERNANDEZ
RFC: SAFR690312QK2 CURP: SAFR690312QK2

DECLARO BAJO PROTESTA DE DECIR VERDAD, EN LOS TERMINOS DE LO DISPUESTO POR EL ARTICULO 81 DE LA LEY ADUANERA: PATENTE O AUTORIZACION: 3065
FIRMA AUTOGRAFA

1a. COPIA: TRANSPORTISTA DESTINO/ORIGEN: INTERIOR DEL PAIS

NUM. PEDIMENTO: 02 24 3065 2000025 T.OPER: IMP CVE. PEDIM.: A1 RFC: CURP:

| SEC | FRACCION | SUBD | VINC | MET VAL | UMC | CANTIDAD UMC | UMT | CANTIDAD UMT | P.V/C | P.O/D | CON | TASA | TT | FP | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPCION | | | | | | | | | | | | | | |
| | VAL. ADU / USD | IMP. PRECIO PAG. | | PRECIO UNIT. | | VAL. AGREG | | E.F. CRIO-DEST-VEND-COMP | | | | | | | |
| 7 | 61046299 | 0 | 0 | 1 | 6 | 577.000 | 6 | 577.000 | HKG | HKG | IVA | 15.00000 | 1 | 0 | 3135 |
| | | | | | | | | | | | IGI | 35.00000 | 1 | 0 | 5387 |
| | ORDEN 11 PANTALONES CORTOS PARA DAMA 100% ALGODON | | | | | | | | | | | | | | |
| | 15390 | | 15343 | | 26.59099 | | 0 | | DF | DF | | | | | |
| | IDENT. NM | COMPLEMENTO 004SCPI | IDENT. ES | COMPLEMENTO N | IDENT. UM | COMPLEMENTO 0 | | | | | | | | | |
| | SE EXIME DEL REQUISITO DE LA SECON POR ESTAR FUERA DEL ACOTAMIENTO DE LA RESTRICCION. | | | | | | | | | | | | | | |
| 8 | 61034399 | 0 | 0 | 1 | 6 | 6811.000 | 6 | 6811.000 | HKG | HKG | IVA | 15.00000 | 1 | 0 | 40833 |
| | | | | | | | | | | | IGI | 35.00000 | 1 | 0 | 70158 |
| | ORDEN 13 PANTALONES PARA CABALLERO 70% ALGODON, 30 NAILON. | | | | | | | | | | | | | | |
| | 200452 | | 199845 | | 29.34151 | | 0 | | DF | DF | | | | | |
| | IDENT. NM | COMPLEMENTO 004SCPI | IDENT. ES | COMPLEMENTO N | IDENT. UM | COMPLEMENTO 0 | | | | | | | | | |
| | SE EXIME DEL REQUISITO DE LA SECON POR ESTAR FUERA DEL ACOTAMIENTO DE LA RESTRICCION. | | | | | | | | | | | | | | |

******** FIN DE PEDIMENTO ******** NUM. TOTAL DE PARTIDAS: 8 ******** CLAVE PREVALIDADOR: A2401 ********

AGENTE ADUANAL, APODERADO ADUANAL O ALMACEN

NOMBRE O RAZ.SOC.: REFUGIO SANTOS FERNANDEZ

RFC: SAFR6503123QK2 CURP: SAFR650312QK2

DECLARO BAJO PROTESTA DE DECIR VERDAD, EN LOS TERMINOS DE LO DISPUESTO POR EL ARTICULO 81 DE LA LEY ADUANERA: PATENTE O AUTORIZACION: 3065

FIRMA AUTOGRAFA

1a. COPIA: TRANSPORTISTA

DESTINO/ORIGEN: INTERIOR DEL PAIS

ATTN: DONY/C H ROBINSON
FROM: C.D.
DATE: 12/14/01

NO.3

PLS.DELIVER 1x53' TO IMEX WAREHOUSE

PLS.USE *** MARIO TRUCKING ***

**TRANS-UNION GROUP INC.**
Trans-Union Building
17979 Arenth Ave., Building #A
City of Industry, CA 91748
TEL.626-363-2400 FAX.#626-363-2412

12/14/01

THE MERCHANDISE DESCRIBED BELOW WILL BE ENTERED AND/OR FORWARDED AS FOLLOWS.

C H ROBINSON C/O MARIO TRUCKING

**FOR DELIVERY TO**

INTERCAMBIO COMERCIAL EKIM SA
L.E.FORWARDING & FREIGHT BROKER
14216 TRANSPORTATION
LAREDO TX78045

**ROUTE**

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 893 CTNS. | T-SHIRT TRAILER: 5307<br>SERAL 190672<br>Recived 01-02-02 | | |

ORIGINAL DELIVERY ORDER

**INLAND FREIGHT**

BIL: TRANS UNION GROUP

Received in Good Order

ROBERT C.D.

DELIVERY CLERK: DELIVER TO CARRIER SHOWN ABOVE

MARIO'S TRANSPORTS INC.
1947 So. Santa Fe.
Los Angeles, California 90021
(213) 488-1729 PH.:
(213) 488-0164 FAX

FREIGHT BILL

DATE: 1/2/02 INVOICE # A-153-02

41724P

TO: CH Robinson
1155 westmoreland Dr. STE B115
El paso, TX. 79925

SHIP DATE: 12-28-01 LOAD NO: 54274608

DELIVERY DATE: 01-02-02 SEAL NO: 180672

ORIGIN: DESTINATION:

| PIECES | DESCRIPCION | WEIGHT | RATE | AMOUNT |
|---|---|---|---|---|
| 893 ctns | T-shirt | | | |

RECEIVED
JAN 04 2002
BY:

TOTAL AMOUNT 1,300—

MARIO'S TRANSPORTS INC.
1947 So. Santa Fe.
Los Angeles, California 90021
(213) 488-1729 PH.:
(213) 488-0164 FAX

FREIGHT BILL

DATE: 1-7-02 INVOICE # A-154-02

TO: CH Robinson
1155 Westmoreland Dr. Ste B115
EL Paso, TX. 79925

RECEIVED
JAN 10 2002
BY:

SHIP DATE: 1-2-02 LOAD NO: ~~5428T539~~

DELIVERY DATE: 1-4-02 SEAL NO: W121262
847

ORIGIN: Freight Enterprise
400 W. 157th St.
Gardena, CA 90248

DESTINATION: L.E Forwarding WHSE
14216 Transportation
Laredo, TX. 78040

| PIECES | DESCRIPCION | WEIGHT | RATE | AMOUNT |
|---|---|---|---|---|
| 1100 ctns | Assorted Garments | | | |

TOTAL AMOUNT 1,300.—

**FREIGHT ENTERPRISES, INC.** DRIVER HAND TAG AND DELIVERY RECEIPT
**400 WEST 157TH, STREET GARDENA, CA 90248**

SHIPPING DATE 1-02-02 MBL # CHNJHKLAX316089 F.B. # 19597

**SHIPPER INFORMATION**

NAME TRANS-UNION GROUP
STREET ADDRESS (1) 17979 ARENTH AVE
STREET ADDRESS (2) BUILDING # A
CITY, STATE, ZIP INDUSTRY, CA 91738
PHONE # 626-363-2400
CONTACT ROBERT C. D.

TRANSLOAD FROM: CCLU-990-0387

**CONSIGNEE INFORMATION**

NAME ADDRESS UNKNOWN TO F. E. I.
STREET ADDRESS (1)
STREET ADDRESS (2)
CITY, STATE, ZIP LAREDO, TEXAS
PHONE #
CONTACT

ORIGINAL SEAL # W121262 SHIPMENT AUTHORIZATION [signature]

| QTY | DESCRIPTION OF GOODS | CN # | GROSS WEIGHT EACH | PALLETS | MISC. | TOTAL GROSS WEIGHT |
|---|---|---|---|---|---|---|
| 1100 CS. | ASSORTED GARMENTS | VARIOUS | | 0 | | 33853 LB |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**ROUTING**

**TOTAL QUANTITY** 1100 CS
**TOTAL GROSS WEIGHT** 33,853 LB

**CARRIER** MARIO'S TRANSPORT
**TRUCK #** 18
**TRAILER #** 5308
**FEI SEAL #** 847

**NOTES** [signature] Recived 01/04/02

**DRIVER NAME** RUBEN ROBLES **DRIVER SIGNATURE** Ruben Robles **DATE** 01/02/02

FREIGHT ENTERPRISES,INC. DOES NOT ACKNOWLEDGE S.L.C. DRIVER PRESENT TO COUNT FREIGHT AND INSTRUCT WEIGHT DISTRIBUTION AT TIME OF LOADING. DRIVER PLACED SEAL AFTER CLOSING CONTAINER / TRAILER DOORS.

RECIEVER ACCEPTS FULL RESPONSIBILITY FOR PIECE COUNT VERIFICATION, SEAL NUMBER AND EXCEPTIONS. NOTIFICATION MUST BE MADE WITHIN 24 HOURS OR IS DENIED BY FREIGHT ENTERPRISES, INC. FREIGHT ENTERPRISES, INC. SHALL BE INDEMNIFIED AND HELD HARMLESS FOR ANY AND ALL LOSSES, WITH REGARDS TO CONTAINERS/TRAILERS REFUSED BY CONSIGNEE/RECIEVER AND RETURNED TO FREIGHT ENTERPRISES, INC. YARD FOR REDELIVERY. SAME SHALL APPLY TO CONTAINERS / TRAILERS LOADED FOR EXPORT, INTER / INTRASTATE TRANSPORTATION. WHILE IN THEIR POSSESSION, LOSS / DAMAGES TO PRIVATE OR STEAMSHIP OWNED CONTAINERS / TRAILERS AND CHASSIS INCLUDING TIRES IS THE SOLE FINANCIAL RESPONSIBILITY OF THE CONSIGNEE / RECEIVER. FREIGHT ENTERPRISES, INC. ACCEPTS NO RESPONSIBILITY FOR OVERWEIGHT PENALTIES / FINES DUE TO IMPROPER PLACEMENT OR LOADING OF CONTAINERS / TRAILERS WHICH VIOLATE STATE LAW CODES OR ORDINANCES. THESE FINES / PENALTIES ARE FOR ATHE ACCOUNT OF THE CONSIGNEE / RECEIVER / SHIPPER OVERSEAS OR DOMESTIC.
RELEASES RATES: UNLESS ARRANGED IN WRITING TO THE CONTRARY PRIOR TO SHIPMENT, THE PART ENGAGING CARRIER AGREES TO A RELEASED VALUE OF 15 CENTS PER POUND. CUSTOMER IS DEEMED TO HAVE AGREED TO THE RELEASE VALUE SET FORTH HEREIN, FOR ITSELF AND ALL OTHER PARTIES TO THE BILL OF LADING UNDER WHICH THIS FREIGHT TRAVELS AND BY TENDERING SUCH FREIGHT AGREES TO IDEMNIFY CARRIER FOR ANY CLAIMS FOR CARGO LOSS OR DAMAGE EXCEEDING SUCH LIMITATION BROUGHT BY ANY OTHER PARTY CLAIMING BENEFICIAL INTEREST IN THE FREIGHT TENDERED.

# FREIGHT ENTERPRISES INC.
800 WEST 157TH. STREET GARDENA CA 90248

DRIVER HAND TAG AND DELIVERY RECEIPT

SHIPPING DATE 1-03-02 MBL # CHNJHKLAX316081 F.B. # 19595

**SHIPPER INFORMATION**

NAME TRANS-UNION GROUP
STREET ADDRESS (1) 17979 ARENTH AVE
STREET ADDRESS (2) BUILDING # A
CITY, STATE, ZIP INDUSTRY, CA 91738
PHONE # 626-363-2400
CONTACT ROBERT C. D.

TRANSLOAD FROM: CCLU-990-0622

**CONSIGNEE INFORMATION**

NAME ADDRESS UNKNOWN TO F. E. I.
STREET ADDRESS (1)
STREET ADDRESS (2)
CITY, STATE, ZIP LAREDO, TEXAS
PHONE #
CONTACT

SHIPMENT AUTHORIZATION

ORIGINAL SEAL # W158801

| QTY | DESCRIPTION OF GOODS | CN # | GROSS WEIGHT EACH | PALLETS | MISC | TOTAL GROSS WEIGHT |
|---|---|---|---|---|---|---|
| 1137 CS | ASSORTED GARMENTS | VARIOUS | | 0 | | 41863 LB |
| | | | | | | |
| | | | | | | |
| | | | | | | |

TOTAL QUANTITY 1137 CS
TOTAL GROSS WEIGHT 41,863 LB

**ROUTING**

**CARRIER** MARIO'S TRANSPORT
**TRUCK #** 22
**TRAILER #** 5311
**FEI SEAL #** 844

Recvd 01-04-02

**NOTES** FREIGHT HANDSTACKED - NO PALLETS

**DRIVER NAME** ART HARO JR. **DRIVER SIGNATURE** A. H. **DATE** 01-03-02

FREIGHT ENTERPRISES,INC. DOES NOT ACKNOWLEDGE S.L.C. DRIVER PRESENT TO COUNT FREIGHT AND INSTRUCT WEIGHT DISTRIBUTION AT TIME OF LOADING. DRIVER PLACED SEAL AFTER CLOSING CONTAINER / TRAILER DOORS.

RECIEVER ACCEPTS FULL RESPONSIBILITY FOR PIECE COUNT VERIFICATION, SEAL NUMBER AND EXCEPTIONS. NOTIFICATION MUST BE MADE WITHIN 24 HOURS OR IS DENIED BY FREIGHT ENTERPRISES, INC. FREIGHT ENTERPRISES, INC. SHALL BE INDEMNIFIED AND HELD HARMLESS FOR ANY AND ALL LOSSES, WITH REGARDS TO CONTAINERS/TRAILERS REFUSED BY CONSIGNEE/RECIEVER AND RETURNED TO FREIGHT ENTERPRISES, INC. YARD FOR REDELIVERY. SAME SHALL APPLY TO CONTAINERS / TRAILERS LOADED FOR EXPORT, INTER / INTRASTATE TRANSPORTATION. WHILE IN THEIR POSSESSION, LOSS / DAMAGES TO PRIVATE OR STEAMSHIP OWNED CONTAINERS / TRAILERS AND CHASSIS INCLUDING TIRES IS THE SOLE FINANCIAL RESPONSIBILITY OF THE CONSIGNEE / RECEIVER. FREIGHT ENTERPRISES, INC. ACCEPTS NO RESPONSIBILITY FOR OVERWEIGHT PENALTIES / FINES DUE TO IMPROPER PLACEMENT OR LOADING OF CONTAINERS / TRAILERS WHICH VIOLATE STATE LAW CODES OR ORDINANCES. THESE FINES / PENALTIES ARE FOR ATHE ACCOUNT OF THE CONSIGNEE / RECEIVER / SHIPPER OVERSEAS OR DOMESTIC.
RELEASES RATES: UNLESS ARRANGED IN WRITING TO THE CONTRARY PRIOR TO SHIPMENT, THE PART ENGAGING CARRIER AGREES TO A RELEASED VALUE OF 15 CENTS PER POUND. CUSTOMER IS DEEMED TO HAVE AGREED TO THE RELEASE VALUE SET FORTH HEREIN, FOR ITSELF AND ALL OTHER PARTIES TO THE BILL OF LADING UNDER WHICH THIS FREIGHT TRAVELS AND BY TENDERING SUCH FREIGHT AGREES TO IDEMNIFY CARRIER FOR ANY CLAIMS FOR CARGO LOSS OR DAMAGE EXCEEDING SUCH LIMITATION BROUGHT BY ANY OTHER PARTY CLAIMING BENEFICIAL INTEREST IN THE FREIGHT TENDERED.

MARIO'S TRANSPORTS INC.
1947 So. Santa Fe.
Los Angeles, California 90021
(213) 488-1729 PH.:
(213) 488-0164 FAX

FREIGHT BILL

DATE: 1-14-02 INVOICE # A-156-02

TO: CH Robinson
1155 westmoreland Dr. Ste B115
EL paso, TX. 79925

RECEIVED
JAN 1 8 2002
BY:

SHIP DATE: 1-2-02 LOAD NO: 5428 1548

DELIVERY DATE: 1-4-02 SEAL NO: 844

ORIGIN: Freight Enterprise
400 W. 157th St.
Gardena, CA 90248

DESTINATION: L.E Forwarding
14216 Transportation
Laredo TX 78040

| PIECES | DESCRIPCION | WEIGHT | RATE | AMOUNT |
|---|---|---|---|---|
| 1137 | cs Assorted Garments | | | |

TOTAL AMOUNT $ 1,300. —

**U.S. Customs Service**
P.O. Box 3130
Laredo, TX 78044-3130

COPY

SEP 4 - 2002

ENF 4-L:F HPM
COLL CODE: 326

C.H. Robinson Company
Attn: Duane W. Burdorf
InterAmerica Industrial Park
14106 Transportation Avenue
Laredo, Texas 78045

Dear Mr. Burdorf:

This will acknowledge receipt of your petition date on June 03, 2002, requesting relief from the Claims for Liquidated Damages cited below. The claims were incurred for breach of the conditions set forth in 19 CFR 18.8.

The circumstances cited in your petition have been taken into consideration. In view of the facts and circumstances presented in these cases, this office finds that violations did occur. The penalties are hereby mitigated upon payment for the amounts cited below. This action is taken under the authority conferred in 19 CFR 172.11.

| Case Number | Assessed Amount | Mitigated Amount |
|---|---|---|
| 2002-2304-2-00950 | $25,000.00 | $24,230.00 |
| 2002-2304-2-01028 | $25,000.00 | $20,634.00 |
| 2002-2304-2-01029 | $25,000.00 | $12,348.00 |
| TOTAL | | $57,212.00 |

Payment in the sum of $57,212.00 should be made payable to the United States Customs Service and mailed to the U.S. Customs, Attn: Port Cashier, World Trade Bridge, 715 Bob Bullock Loop, Laredo, Texas 78045, within 30 days from the date of this letter. Please include a copy of this decision letter, a copy of the original Customs Form 5955A, *Notice of Penalty or Liquidated Damages Incurred and Demand for Payment*, and indicate the case number on the check.

TRADITION ★ SERVICE ★ HONOR

Demand for payment within the specified time frame will result in the appropriate action taken for collection of the full liabilities incurred.

Sincerely,

Adriana Guardiola
Fines, Penalties &
Forfeitures Officer

Cc: Washington International Ins. Co.

REVIEW SHEET 18.8

Assessed Amount: $ 25,000.– CN: 02-2304-2-00950
(should not exceed bond amount)
Reassessment: $
(Merchandise is Prohibited/Restricted--3 X Value of Mdse..)
Petition Received: 6-3-02 Days Late: –0–
Petition Referred To:
Supp. Petition Rec.:
Supp. Petition Ref. To:
OIC Received:
Analysis: – Ps 231 – & ex6 on pg 6729 fraudulent pedimento. a proof of exp. restricted mdse. Therefore mitigation on high end of guidelines

Aggravating Factors: + 100

__ Carrier is uncooperative, e.g., fails to provide information to Customs.
__ A large number of violations of this type by carrier in relation to the total number of transactions engaged in (5 screens for last 2 yrs.).
__ Carrier's willful disregard of or carelessness toward responsibilities under applicable statutes, regulations or bond.

**Mitigating Factors: - 50**

__ Carrier cooperates with Customs personnel in resolution of the case.
__ Carrier takes immediate remedial action.
__ Carrier inexperienced in handling in-bond shipments of the type in question.
__ A small number of violations of this type in relation to the number of transactions engaged in.
__ Circumstances intervened that were beyond the carrier's control (not negligence or error).

**Prior Disclosure:**

__ Mitigation can be afforded as low as $25.00 ($25.00 off BA).

In Accordance with Guidelines: YES / NO

MITIGATE B/W $100 - $500 ($300) MITIGATE B/W $100 - $1,000 ($500)
HTS: 217,053.50 RATE: 10% DUTIES: 21705.35
(MPF .21% x VALUE NOT MORE THAN $400 NOT LESS THAN $25 FEES:
HARBOR MAINTENANCE FEES .125% x VALUE IF APPLICABLE)
(USUALLY APPLY TO LIQUOR ONLY) TAXES:

CANCEL:
DENY:

OIC:
BA:
DAYS LATE:
TOTAL:

BASE AMOUNT/AG/MT: 21,705.00
DUTIES/FEES/TAXES: 2500.–
DAYS LATE x 0.1% X BA = or > $100: 25.–
TOTAL: 24230.–

| INITIAL AND DATE | (initials) 8/1 | REVIEWER (initials) 8-21-02 | (3) REVIEWER |
|---|---|---|---|
| RETURNED INITIAL AND DATE | (1) INITIATOR | (2) REVIEWER | (3) REVIEWER |

REVIEW SHEET 18.8

Assessed Amount: $ 25,000.- CN: 02-2304-2-01028
(should not exceed bond amount)
Reassessment: $ ____
(Merchandise is Prohibited/Restricted--3 X Value of Mdse..)
Petition Received: 6302 Days Late: -0-
Petition Referred To: ____
Supp. Petition Rec.: ____
Supp. Petition Ref. To: ____
OIC Received: ____
Analysis: -Ps 231- 2 ww on page 229 fraudulent pedimento as proof of exp. restricted mdse. Therefore mitigate on high end of guidelines.

**Aggravating Factors:** + 100

__ Carrier is uncooperative, e.g., fails to provide information to Customs.
__ A large number of violations of this type by carrier in relation to the total number of transactions engaged in (5 screens for last 2 yrs.).
__ Carrier's willful disregard of or carelessness toward responsibilities under applicable statutes, regulations or bond.

**Mitigating Factors:** - 50

__ Carrier cooperates with Customs personnel in resolution of the case.
__ Carrier takes immediate remedial action.
__ Carrier inexperienced in handling in-bond shipments of the type in question.
__ A small number of violations of this type in relation to the number of transactions engaged in.
__ Circumstances intervened that were beyond the carrier's control (not negligence or error).

**Prior Disclosure:**

__ Mitigation can be afforded as low as $25.00 ($25.00 off BA).

In Accordance with Guidelines: YES / NO ____

MITIGATE B/W $100 - $500 (\$300) MITIGATE B/W $100 - $1,000 (\$500)
HTS : 181,087.40 RATE: 10% DUTIES: 18108.74
(MPF .21% x VALUE NOT MORE THAN $400 NOT LESS THAN $25 FEES: 25.00
HARBOR MAINTENANCE FEES .125% x VALUE IF APPLICABLE)
(USUALLY APPLY TO LIQUOR ONLY) TAXES: -

CANCEL: ____
DENY: ____

OIC: ____
BA: ____
DAYS LATE: ____
TOTAL:

BASE AMOUNT/AG/MT: 18109.-
DUTIES/FEES/TAXES: 2500.-
____ DAYS LATE x 0.1% 25.-
X BA = or > $100
TOTAL: 20634.-

| INITIAL AND DATE | (1) INITIATOR | (2) REVIEWER | (3) REVIEWER |
|---|---|---|---|
| RETURNED INITIAL AND DATE | (1) INITIATOR | (2) REVIEWER | (3) REVIEWER |

REVIEW SHEET 18.8

Assessed Amount: $ 25,000.– CN: 02-2304-2-01029
(should not exceed bond amount)
Reassessment: $ ______
(Merchandise is Prohibited/Restricted--3 X Value of Mdse..)
Petition Received: 6-3-02 Days Late: -0-
Petition Referred To: ______
Supp. Petition Rec.: ______
Supp. Petition Ref. To: ______
OIC Received: ______
Analysis: -Pg 231- and exh 6 on page 229 fraudulent pedimento as proof of exp. restricted mdse. therefore mitigation falls on high end of guidelines.

**Aggravating Factors:** + 100

- __ Carrier is uncooperative, e.g., fails to provide information to Customs.
- __ A large number of violations of this type by carrier in relation to the total number of transactions engaged in (5 screens for last 2 yrs.).
- __ Carrier's willful disregard of or carelessness toward responsibilities under applicable statutes, regulations or bond.

**Mitigating Factors:** - 50

- __ Carrier cooperates with Customs personnel in resolution of the case.
- __ Carrier takes immediate remedial action.
- __ Carrier inexperienced in handling in-bond shipments of the type in question.
- __ A small number of violations of this type in relation to the number of transactions engaged in.
- __ Circumstances intervened that were beyond the carrier's control (not negligence or error).

**Prior Disclosure:**

- __ Mitigation can be afforded as low as $25.00 ($25.00 off BA).

In Accordance with Guidelines: YES / NO ______

MITIGATE B/W $100 - $500 ($300) MITIGATE B/W $100 - $1,000 ($500)
HTS : 98230.– RATE: 10% DUTIES: 9823–
(MPF .21% x VALUE NOT MORE THAN $400 NOT LESS THAN $25 FEES: 25.–
HARBOR MAINTENANCE FEES .125% x VALUE IF APPLICABLE)
(USUALLY APPLY TO LIQUOR ONLY) TAXES: ______

CANCEL: ______
DENY: ______

BASE AMOUNT/AG/MT: 9823–
DUTIES/FEES/TAXES: 2500.–
DAYS LATE x 0.1% X BA = or > $100: 25.–
TOTAL: 12348.–

OIC: ______
BA: ______
DAYS LATE: ______
TOTAL: ______

| INITIAL AND DATE | (1) INITIATORY | (2) REVIEWER | (3) REVIEWER |
|---|---|---|---|
| | [signature] | [signature] 08 | |

VII

Forfeitures Officer may cancel the claim upon payment of an amount no less than $100 greater than the Option 1 amount.

2. If merchandise is delivered untimely to the port of destination or exportation (not within 15 days if transported by air, 30 days if transported by vehicle, or 60 days if transported by vessel) but is otherwise intact, the Fines, Penalties and Forfeitures Officer may cancel the claim upon payment of an amount between $100 or $500, depending on the presence of aggravating or mitigating factors.

3. If merchandise is delivered timely but the documentation is not filed with Customs within 2 days of arrival in the port of delivery, the Fines, Penalties and Forfeitures Officer may cancel the claim upon payment of an amount between $100 and $500, depending on the presence of aggravating or mitigating factors.

4. If the bonded carrier consistently fails to deliver paperwork timely and Customs business is impeded by these repeated failures, the Fines, Penalties and Forfeitures Officer may cancel any claim upon payment of a higher amount than the guidelines generally permit. The advice of Headquarters, Office of Regulations and Rulings, Penalties Branch, may be sought to determine appropriate mitigation.

C. Failure to deliver, shortage or delivery directly to the consignee.

1. If the in-bond carrier can show that the violation occurred solely as a result of Customs error, the claim for liquidated damages should be canceled without payment.

2. If the in-bond carrier can show that the merchandise was never received or landed, the claim for liquidated damages should be canceled without payment.

3. If the merchandise which was not delivered, delivered short or delivered directly to the consignee could have been the subject of an informal entry, the claim for liquidated damages may be canceled upon payment of an amount equal to the duties, fees, taxes and charges that would have been due on the merchandise had entry been properly made plus an amount between $100 and $500, depending on the presence of aggravating or mitigating factors.

4. If the In-bond carrier comes forward and discloses the violation to Customs, the claim for liquidated damages may be canceled upon

payment of an amount equal to the duties, fees, taxes and charges that would have been due on the merchandise had entry been properly made, plus $50.

5. If the merchandise which was not delivered, delivered short or delivered directly to the consignee was not designated for Customs examination and the in-bond carrier can show that the merchandise was entered and duties, fees, taxes and charges paid thereon (in the case of an IT) or that the merchandise was exported (in the case of an IE or T&E), the claim for liquidated damages may be canceled upon payment of an amount between $250 and $2,000 depending on the presence of aggravating or mitigating factors.

6. If the merchandise which was not delivered, delivered short or delivered directly to the consignee was not designated for Customs examination and the in-bond carrier cannot show that the merchandise was entered and duties, fees, taxes and charges paid thereon (in the case of an IT), or that the merchandise was exported (in the case of an IE or T&E), the claim for liquidated damages may be canceled upon payment of an amount equal to the duties, fees, taxes and charges that would have been due on the merchandise had entry been properly made plus an amount between $300 and $2,500 depending on the presence of aggravating or mitigating factors.

7. If the merchandise which was not delivered, delivered short or delivered directly to the consignee was designated for Customs examination and the in-bond carrier can show that the merchandise was entered and duties, fees, taxes and charges paid thereon (in the case of an IT), or that the merchandise was exported (in the case of an IE or T&E), the claim for liquidated damages may be canceled upon payment of an amount between $2,500 and $20,000 depending on the presence of aggravating or mitigating factors. In no case shall the amount upon which the claim may be canceled be lower than any chargeable costs which are incident to such examination. Conversely, the amount upon which the claim may be canceled can never exceed the value of the claim for liquidated damages.

8. If the merchandise which was not delivered, delivered short or delivered directly to the consignee was designated for Customs examination and the in-bond carrier cannot show that the merchandise was entered and duties, fees, taxes and charges paid thereon (in the case of an IT), or that the merchandise was exported (in the case of an IE or T&E), the claim for liquidated damages may be canceled upon payment of an amount equal to

the duties, fees, taxes and charges that would have been due on the merchandise had entry been properly made plus an amount between $3,000 and $25,000 depending on the presence of aggravating or mitigating factors. In no case shall the amount upon which the claim may be canceled be lower than any chargeable costs which are incident to such Customs examination. Conversely, the amount upon which the claim may be canceled can never exceed the value of the claim for liquidated damages.

9. If the in-bond carrier has a history of not delivering, delivering short or delivering directly to the consignee, or particularly aggravating circumstances exist with regard to a claim, the Fines, Penalties and Forfeitures Officer may cancel the claim for liquidated damages upon payment of a higher amount than that authorized by these guidelines; however, the advice of HQ, ORR, Penalties Branch shall be sought to determine appropriate mitigation.

10. Theft of in-bond merchandise. In-bond merchandise which is stolen from the carrier prior to having been delivered to Customs at the port of destination or exportation shall be treated as having been not been delivered. The carrier will be liable for liquidated damages and mitigation will occur in accordance with these guidelines. It should also be noted that penalties under 19 U.S.C. 1595a(b) for violation of 19 U.S.C. 1448 or 1499 may also be assessed against the individuals who steal the merchandise from the bonded carrier. Theft of merchandise in those instances will be mitigated in accordance with guidelines articulated in Section III.B.10. of the Guidelines for Delivery of Cargo Without Customs Authorization in the Vessel Section of this Handbook.

D. Mitigating and Aggravating Factors.

1. Mitigating Factors

a. Carrier inexperienced in the handling of in-bond cargo.
b. Carrier has a general good performance and low error rate in the handling of in-bond cargo.
c. Carrier demonstrates remedial action has been taken to prevent future claims.

2. Aggravating Factors

a. Carrier refuses to cooperate with Customs or acts to impede Customs activity with regard to the case.
b. Carrier has a rising error rate, which is indicative of deteriorating performance in the delivery of in-bond cargo.

INBOND CASE FOR TRANS-UNION GROUP
INC./INTERCAMBIO COMERCIAL EKIM SA DE DV;
INDIANAPOLIS CHIEF COUNSEL TEAM 692; 08/19/04

| Description | Entry # | HTSUS | Visa Category | 2001 Duty Rate | Value from CF7512 | DUTY RATE | MPF | Cotton fee due |
|---|---|---|---|---|---|---|---|---|
| 100% cotton t-shirts | 609,203,744 | 6109100012 mens 6109100014 boys 6109100040 womens 6109100045 girls Ruling NYK81760 | 339 | 17.80% | $98,203.00 | $17,480.13 | $206.23 | $157.35 |
| 100%nylon men's woven shorts | 609,203,873 | 6203434030 other men's synthetic fiber shorts Ruling NY E82933 | 647 | 28.40% | $60,362.46 | $17,142.94 | $126.76 | $0.00 |
| 100% nylon ladies woven shorts | 609,203,873 | 6204633532 womens shorts of synthetic fibers Ruling HQ 964760 | 648 | 29.10% | $60,362.46 | $17,565.48 | $126.76 | $0.00 |
| 100% nylon ladies woven pants | 609,203,873 | 6204633510 women's synthetic fiber trousers Ruling HQ 964760 | 648 | 29.10% | $60,362.46 | $17,565.48 | $126.76 | $0.00 |
| 100%nylon men's woven jogging jackets | 609,203,882 | 6211330035 other synthetic track suits Ruling DD888389 | 634 | 16.30% | $108,526.75 | $17,689.86 | $227.91 | $37.22 |
| 100%nylon men's woven jogging pants | 609,203,882 | 6211330030 track suit trousers Ruling DD 888389 | 647 | 16.30% | $108,526.75 | $17,689.86 | $227.91 | $37.22 |
| | | | | | TOTALS | $105,133.74 | $1,042.32 | $231.79 |
| | | | | | | Grand Total | $106,407.86 | |

This information was solely based on the limited information that was provided on the CF7512s as noted.
Cotton fees were only calculated for merchandise where it was feasible to convert to kgs. and the same cotton fee applied to each garment.
All the merchandise was subject to quota/visa from Hong Kong and China. This would have been restricted merchandise under the Bilateral Textile Agreement and would not be allowed into the commerce of the U.S. without proper quota/visa documentation.

September 18, 2002

InterAmerica Industrial Park
14106 Transportation Ave.
Laredo, TX
78045-7922
prod. 956.726.1602
trans. 956.717.9660
fax 956.717.9664

Ms. Adriana Guardiola
U.S. Customs Service
P.O. Box 3130
Laredo, Texas 78044

*Supplemental Petition*
*In Triplicate*

Re: ENF 4-L:F HPM
Case Nos 2002-2304-2-00950, 2002-2304-2-01028, 2002-2304-2-01029

Ms. Guardiola:

Reference is made to your letter dated September 4, 2002 in which we were notified of mitigated penalties totally $ 57,212.00 covering the above mentioned case number. These penalties were incurred for a claim that our firm breached the conditions in 19CFR 18.8. Section 18.8(b) states " Carriers shall be liable for payment of liquidated damages under the carriers bond for any shortage, failure to deliver, or irregular delivery, as provided in such bond.".

RECEIVED
U.S. CUSTOMS
FP&F LAREDO, TX
2002 SEP 20 PM 2:47

Section 18.8(a) of the same regulation regarding Transportation In Bond reads: "The initial bonded carrier shall be responsible for shortage, irregular delivery, or nondelivery at the port of destination or exportation of bonded merchandise received by it for carriage. An acceptable proof of proper delivery of bonded merchandise to Customs at the port of destination or exportation is a properly receipted copy of the in-bond document (the appropriate Customs Form 7512 or 7520, or the carnet..........".

Please find attached photocopies of the Customs Forms 7512 (Nos. 609,203,744; 609,203,873; 609,203,862) covering the in-bond movements relating to these cases. Regrettably the photocopies are not as legible as would be desired but each clearly shows a receipt stamp by U.S. Customs in Laredo apparently dated January 4, 2002. These stamped documents were provided from the files of the licensed Customs broker firm in Laredo of Mario Pena-Gonzales. We are also attaching a receivable ledger from the same firm showing that the in-bond cargo was actually logged in. There is nothing to indicate from the documents of any shortages.

Based on the fact that C.H. Robinson Company, as carrier, is able to provide "properly receipted" copies of the Customs Form 7512 as required by 19 CFR Section 18.8(a), that the goods and/ or handling of the goods was in possession of a licensed Customs broker in Laredo, and that at no time did C.H. Robinson Company attempt to evade any law or regulation, we respectfully request that the mitigated penalties of $ 57,212.00 be canceled.

U.S. Customs Service
Laredo, Texas
Page Two

InterAmerica Industrial Park
14106 Transportation Ave.
Laredo, TX
78045-7922
prod. 956.726.1602
trans. 956.717.9660
fax 956.717.9664

Please advise should you need any further information or documentation regarding our petition to cancel these penalties.

Respectfully

C.H. Robinson Company

Steven J.Marinis
Licensed Customs broker
Attorney in Fact

Attachments:

Laredo Customs Letter; ENF 4-L:F HPM dated 09/04/02
(3) Receipted In- Bond Customs Form 7512
File.log CHB Mario Pena-Gonzales

**U.S. Customs Service**
P.O. Box 3130
Laredo, TX 78044-3130

SEP 4 - 2002

ENF 4-L:F HPM
COLL CODE: 326

C.H. Robinson Company
Attn: Duane W. Burdorf
InterAmerica Industrial Park
14106 Transportation Avenue
Laredo, Texas 78045

Dear Mr. Burdorf:

This will acknowledge receipt of your petition date on June 03, 2002, requesting relief from the Claims for Liquidated Damages cited below. The claims were incurred for breach of the conditions set forth in 19 CFR 18.8.

The circumstances cited in your petition have been taken into consideration. In view of the facts and circumstances presented in these cases, this office finds that violations did occur. The penalties are hereby mitigated upon payment for the amounts cited below. This action is taken under the authority conferred in 19 CFR 172.11.

| Case Number | Assessed Amount | Mitigated Amount |
|---|---|---|
| 2002-2304-2-00950 | $25,000.00 | $24,230.00 |
| 2002-2304-2-01028 | $25,000.00 | $20,634.00 |
| 2002-2304-2-01029 | $25,000.00 | $12,348.00 |
| TOTAL | | $57,212.00 |

Payment in the sum of $57,212.00 should be made payable to the United States Customs Service and mailed to the U.S. Customs, Attn: Port Cashier, World Trade Bridge, 715 Bob Bullock Loop, Laredo, Texas 78045, within 30 days from the date of this letter. Please include a copy of this decision letter, a copy of the original Customs Form 5955A, *Notice of Penalty or Liquidated Damages Incurred and Demand for Payment,* and indicate the case number on the check.

TRADITION ★ SERVICE ★ HONOR

Demand for payment within the specified time frame will result in the appropriate action taken for collection of the full liabilities incurred.

Sincerely,

Adriana Guardiola
Fines, Penalties &
Forfeitures Officer

Cc: Washington International Ins. Co.

19 CFR 10.60, 10.61, 18, 123.41, 123.42

Form Approved O.M.B. No. 1515-0005

# TRANSPORTATION ENTRY AND MANIFEST OF GOODS SUBJECT TO CUSTOMS INSPECTION AND PERMIT

UNITED STATES CUSTOMS SERVICE

Entry No. ..........

Port ..........

Date ..........

Entry No. 805 203 744

Class of Entry T.E. 62
(I.T.)(Wd.T.)(Wd.Ex.)(T.E.)(Drawback, etc.)

Dist. No. 27 Port Code No. 04 First U.S. Port of Unlading LOS ANGELES, CA

Port of LOS ANGELES, CA Date 21-Dec-2001

Entered or imported by TRANS-UNION GROUP INC./ INTERCAMBIO COMERCIA EKIM SA to be shipped

in bond via C.H. ROBINSON CO., IRS#41-0680048 BOND# 459900350 consigned to
(C.H.L Number) (Vessel or carrier) (Car number and initial) (Pier or station)

District Director of Customs At LAREDO, TX(2304) Final foreign destination 20100 MEXICO LAREDO (For exportations only)

Consignee INTERCAMBIO COMERCIAL EKIM SA C/O L.E.FORWARDING & FREIGHT BROKER
(At customs port of exit or destination)

Foreign port of lading SHEKOU CHINA B/L No. ZIMUSKU872788 Date of sailing 10-Dec-2001
(Above information to be furnished only when merchandise is imported by vessel)

Imported on the ZIM AMERICA 40E Flag ........ on 25-Dec-2001 via DIRECT
(Name of vessel or carrier and motive power) (Date imported) (Last foreign port)

Exported from CHINA on 10-Dec-2001 Goods now at C-60 7611 LONG BEACH
(Country) (Date) (Name of warehouse, station, pier, etc.)

| Marks and Numbers of Packages | DESCRIPTION AND QUANTITY OF MERCHANDISE NUMBER AND KIND OF PACKAGES (Describe fully as per shipping papers) | GROSS WEIGHT IN POUNDS | VALUE (Dollars only) | RATE | DUTY |
|---|---|---|---|---|---|
| [illegible] | 990 CARTONS 100% COTTON T-SHIRTS | 35436 LBS | $98,230.00 | | |
| TOTAL ---> | 990 CARTONS | 35436 LBS | | | |
| CONVEYANCE / | QUANTITY / RECEIVED / | DATE / | DELIVERED / | RECEIVED DATE | |

MARIO PEÑA
Customhouse Broker
5600 San Lorenzo
Laredo, Texas 78042

I.O. No. Job Number : SI003794 Prepared by : ROBERT DIEP

## CERTIFICATE OF LADING FOR TRANSPORTATION IN BOND AND/OR LADING FOR EXPORTATION FOR

LAREDO, TX(2304)
(Port)

WITH THE EXCEPTIONS NOTED ABOVE, THE WITHIN-DESCRIBED GOODS WERE:

Delivered to the Carrier named above, for delivery to the District Director of Customs at destination sealed with Customs seals LABELED

Nos. ..........

the packages (were) (were not) labeled, or corded and sealed.

(Inspector or warehouse officer)

(Date)

Laden on the—

(Vessel, vehicle, or aircraft)

which cleared for—

on (Date)

as verified by export records.

(Inspector)

(Date)

I truly declare that the statements contained herein are true and correct to the best of my knowledge and belief.

Entered or withdrawn by INTERCAMBIO COMERCIAL EKI
TRANS-UNION GROUP INC. 17979 ARENTH AVE, BLD#A,
CITY OF INDUSTRY, CA 91748

To the Inspector or Warehouse Officer: The above-described goods shall be disposed of as specified herein.

*For the District Director of Customs.*

Received from the District Director of Customs of above district the merchandise described in this manifest for transportation and delivery into the custody of the customs officers at the port named above, all packages in apparent good order except as noted hereon.
C.H. ROBINSON CO.

*Attorney or Agent of Carrier*

Customs Form 7512 (040984)

Form Approved O.M.B. No. 1515-0005

19 CFR 10.60, 10.61, 18, 123.41, 123.42

Entry No. ......
Port ......
Date ......

# TRANSPORTATION ENTRY AND MANIFEST OF GOODS SUBJECT TO CUSTOMS INSPECTION AND PERMIT

UNITED STATES CUSTOMS SERVICE

Entry No. 809.203.873

Class of Entry T.E. 62
(I.T.)(Wd.T.)(Wd.Ex.)(T.E.)(Drawback, etc.)

Dist. No. 27 Port Code No. 04 First U.S. Port of Unlading LOS ANGELES, CA

Port of LOS ANGELES, CA Date 27-Dec-2001

Entered or imported by TRANS-UNION GROUP INC./INTERCAMBIO COMERCIAL EKIM SA to be shipped in bond via C.H. ROBINSON CO., IRS#41-0680048 BOND# 459900350 consigned to
(C.H.L. Number) (Vessel or carrier) (Car number and initial) (Pier or station)

District Director of Customs At LAREDO, TX(2304) Final foreign destination 20100 MEXICO LAREDO (For exportations only)

Consignee INTERCAMBIO COMERCIAL EKIM SA CV/L.E.FORWARDING FREIGHT BROKER LAREDO TX,3040
(At customs port of exit or destination)

Foreign port of lading HONG KONG,HONG KONG B/L No. CHNJHKLAX316081 Date of sailing 15-Dec-200
(Above information to be furnished only when merchandise is imported by vessel)

Imported on the CSCL SHANGHAI 0023E Flag ...... on 28-Dec-2001 via HONG KONG,HONG KON
(Name of vessel or carrier and motive power) (Date imported) (Last foreign port)

Exported from HONG KONG on 15-Dec-2001 Goods now at BERTH 126 YAMI
(Country) (Date) (Name of warehouse, station, pier, etc.)

| Marks and Numbers of Packages | DESCRIPTION AND QUANTITY OF MERCHANDISE NUMBER AND KIND OF PACKAGES (Describe fully as per shipping papers) | GROSS WEIGHT IN POUNDS | VALUE (Dollars only) | RATE | DUTY |
|---|---|---|---|---|---|
| 1-1137 | 1137CTN GARMENTS MENS100% NYLON WOVEN SHORTS LADIES 100% NYLON WOVEN SHORTS/JOGGING SUITS/PANTS | 41953.3LB | 181,087.40 | | |
| Total ---> | 1137CTN | 41953.3LB | ESTIMATED-NOT-VERIFIED | | |
| CONVEYANCE / | QUANTITY / RECEIVED / | DATE / | DELIVERED | RECEIVED | DATE |

RECEIVED JAN 4 2002

G.O. No. Job Number : SI003913 Prepared by : ROBERT DIEP

CERTIFICATE OF LADING FOR TRANSPORTATION IN BOND AND/OR LADING FOR EXPORTATION FOR

LAREDO, TX(2304)
(Port)

WITH THE EXCEPTIONS NOTED ABOVE, THE WITHIN-DESCRIBED GOODS WERE:

Delivered to the Carrier named above, for delivery to the District Director of Customs at destination sealed with Customs seals

Nos. LABELED

or the packages (were) (were not) labeled, or corded and sealed.

(Inspector or warehouse officer)

(Date)

Laden on the—
(Vessel, vehicle, or aircraft)
which cleared for—

on
(Date)
as verified by export records.

(Inspector)

(Date)

I truly declare that the statements contained herein are true and correct to the best of my knowledge and belief.

Entered or withdrawn by INTERCAMBIO COMERCIAL EK
TRANS-UNION GROUP INC. 17979 Arenth Ave, BLD#A
City Of Industry, CA 91748

To the Inspector or Warehouse Officer: The above-described goods shall be disposed of as specified herein.

For the District Director of Customs.

Received from the District Director of Customs of above district the merchandise described in this manifest for transportation and delivery into the custody of the customs officers at the port named above, all packages in apparent good order except as noted hereon.

C.H. ROBINSON CO.,
IRS#41-0680048 BOND# 459900350

Attorney or Agent of Carrier



Customs Form 7512 (040984)

19 CFR 10.60, 18, 123.41, 123.42

Form Approved O.M.B. No. 1515-0005

TRANSPORTATION ENTRY AND MANIFEST OF GOODS SUBJECT TO CUSTOMS INSPECTION AND PERMIT

UNITED STATES CUSTOMS SERVICE

Entry No. ............
Port ............
Date ............

Entry No. 609,203,862

Class of Entry I.E. 62
(I.T.)(Wd.T.)(Wd.Ex.)(T.E.)(Drawback, etc.)

Dist. No. 27 Port Code No. 04 First U.S. Port of Unlading LOS ANGELES, CA

Entered or imported by TRANS-UNION GROUP INC./INTERCAMBIO COMERCIAL EKIM SA Port of LOS ANGELES, CA Date 27-Dec-2001 to be shipped

in bond via C.H. ROBINSON CO., IRS#41-0680048 BOND# 469900350 consigned to
(C.H.L. Number) (Vessel or carrier) (Car number and initial) (Pier or station)

District Director of Customs At LAREDO, TX(2304) Final foreign destination 20100 MEXICO LAREDO (For exportations only)
Consignee INTERCAMBIO COMERCIAL EKIM SA CV/L.E. FORWARDING FREIGHT BROKER LAREDO
(At customs port of exit or destination)

Foreign port of lading HONG KONG, HONG KONG B/L No. CHNUHKLAX316092 Date of sailing 15-Dec-2001
(Above information to be furnished only when merchandise is imported by vessel)

Imported on the CSX SHANGHAI 0036E Flag ............ on 28-Dec-2001 via HONG KONG, HONG KONG
(Name of vessel or carrier and motive power) (Date imported) (Last foreign port)

Exported from HONG KONG on 15-Dec-2001 Goods now at BERTH 126 YAMI
(Country) (Date) (Name of warehouse, station, pier, etc.)

| Marks and Numbers of Packages | DESCRIPTION AND QUANTITY OF MERCHANDISE NUMBER AND KIND OF PACKAGES (Describe fully as per shipping papers) | GROSS WEIGHT IN POUNDS | VALUE (Dollars only) | RATE | DUTY |
|---|---|---|---|---|---|
| 1100 | 1100CTN GARMENTS MENS 100% NYLON WOVEN JOGGING SUITS/PANTS/ JACKETS | 42740.1LB | 217,053.50 | | |
| | 1100 CTN | 42740.1LB | ESTIMATED NOT VERIFIED | | |
| CONVEYANCE / | QUANTITY / RECEIVED / | DATE / | DELIVERED | RECEIVED DATE | |

U.S. CUSTOMS 2002 JAN -4 AM 11:41 RECEIVED

G.O. No. JOB Number : SI003913 Prepared by : ROBERT DIEP

CERTIFICATE OF LADING FOR TRANSPORTATION IN BOND AND/OR LADING FOR EXPORTATION FOR

LAREDO TX(2304)
(Port)

WITH THE EXCEPTIONS NOTED ABOVE, THE WITHIN-DESCRIBED GOODS WERE:

Delivered to the Carrier named above, for delivery to the District Director of Customs at destination sealed with Customs seals

LABELED

The packages (were) (were not) labeled, or corded and sealed.

Laden on the—
............ (Vessel, vehicle, or aircraft)
which cleared for—
on ............ (Date)
as verified by export records.

............ Inspector or warehouse officer)
............ (Date)

............ (Inspector)
............ (Date)

I truly declare that the statements contained herein are true and correct to the best of my knowledge and belief.

Entered or withdrawn by INTERCAMBIO COMERCIAL EKIM
TRANS-UNION GROUP INC. 17979 Arenth Ave. BLDG A.
City Of Industry, CA 91748

To the Inspector or Warehouse Officer: The above-described goods shall be disposed of as specified herein.

............
For the District Director of Customs.

Received from the District Director of Customs of above district the merchandise described in this manifest for transportation and delivery into the custody of the customs officers at the port named above, all packages in apparent good order except as noted hereon.

C.H. ROBINSON CO.
IRS#41-0680048 BOND# 469900350

Attorney or Agent of Carrier

Customs Form 7512 (040984)

Date : 09/18/2002
Time : 15:28:53

# MARIO PENA-GONZALES
## ALL ENTRIES

From Account :000134 To Account :000134
From Date : 01/01/1997 To Date : 09/18/2002 Up to Due Date : / /



Customer : (000134) MR. HILARIO MARTINEZ

| In-Bond No. | Type | Reference | Pdto. | Consignee | Date Iss. | Description of Merchandise | Exp. Date | Due Date | Days | B/L | Reference 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 609,202,790 | TE | 016819 | | INTERCAMBIO CO | 11/26/2001 1150 CTN | 1150 CTN WEARING A | 11/27/2001 | 12/11/2001 | 1 | EISU010101087877 | |
| 609,202,801 | TE | 016822 | | INTERCAMBIO CO | 11/26/2001 1412 CTN | 1412 CTN WEARING A | 11/27/2001 | 12/11/2001 | 1 | EISU010101087893 | |
| 609,202,786 | TE | 016821 | | INTERCAMBIO CO | 11/27/2001 943 CTN | 943 CTN 100 & POLY | 11/27/2001 | 12/12/2001 | 0 | POCLHKG30021573 | |
| 609,202,926 | TE | 016927 | | INTERCAMBIO CO | 12/03/2001 826 CTN | 826 CTN 100% COTTO | 12/03/2001 | 12/18/2001 | 0 | MOLU443537755 | |
| 609,203,136 | TE | 017132 | | INTERCAMBIO CO | 12/06/2001 1053 CTN | 1,053 CARTONS LADI | 12/12/2001 | 12/21/2001 | 6 | EISU010101137530 | |
| 609,203,140 | TE | 017131 | | INTERCAMBIO CO | 12/10/2001 871 CTN | 871 CARTONS OF 100 | 12/12/2001 | 12/25/2001 | 2 | MOLU443584462 | |
| 609,203,276 | TE | 017193 | | INTERCAMBIO CO | 12/13/2001 1048 CTN | 1048 CTN WEARING A | 12/14/2001 | 12/28/2001 | 1 | CHNJHKLAX315612 | |
| 609,203,394 | TE | 017340 | | INTERCAMBIO CO | 12/17/2001 880 CTN | 1048 CTN WEARING A | 12/21/2001 | 01/01/2002 | 4 | | |
| 609,203,453 | TE | 017343 | | INTERCAMBIO CO | 12/19/2001 841 CTN | 1048 CTN WEARING A | 12/21/2001 | 01/03/2002 | 2 | | |
| 609,203,405 | TE | 017345 | | INTERCAMBIO CO | 12/19/2001 836 CTN | 1048 CTN WEARING A | 12/21/2001 | 01/03/2002 | 2 | | |
| 609,203,534 | TE | 017346 | | INTERCAMBIO CO | 12/21/2001 826 CTN | 1048 CTN WEARING A | 12/21/2001 | 01/05/2002 | 0 | | |
| 609,203,560 | TE | 017347 | | INTERCAMBIO CO | 12/21/2001 764 CTN | 1048 CTN WEARING A | 12/21/2001 | 01/05/2002 | 0 | | |
| 609,203,545 | TE | 017348 | | INTERCAMBIO CO | 12/21/2001 955 CTN | 1048 CTN WEARING A | 12/21/2001 | 01/05/2002 | 0 | | |
| [redacted] | [redacted] | [redacted] | | INTERCAMBIO CO | 01/02/2002 893 CTN | 1150 CTN WEARING A | / / | 01/17/2002 | Over 259 | | |
| [redacted] | [redacted] | [redacted] | | INTERCAMBIO CO | 01/04/2002 1137 CTN | 1150 CTN WEARING A | / / | 01/19/2002 | Over 257 | | |
| [redacted] | [redacted] | [redacted] | | INTERCAMBIO CO | 01/04/2002 1100 CTN | 1150 CTN WEARING A | / / | 01/19/2002 | Over 257 | | |
| 609,203,851 | TE | 020156 | | INTERCAMBIO CO | 01/07/2002 796 CTN | 1150 CTN WEARING A | / / | 01/22/2002 | Over 254 | | |
| 609,203,980 | TE | 020268 | | SILCOR SA DE C | 01/14/2002 1529 CTN | 1048 CTN WEARING A | / / | 01/29/2002 | Over 247 | | |
| 609,204,035 | TE | 020269 | | SILCOR SA DE C | 01/14/2002 532 CTN | 1048 CTN WEARING A | / / | 01/29/2002 | Over 247 | | |
| 609,204,061 | TE | 020459 | | INTERCAMBIO CO | 01/17/2002 2777 CTN | 1150 CTN WEARING A | / / | 02/01/2002 | Over 244 | | |
| 609,204,094 | TE | 020628 | | INTERCAMBIO CO | 01/22/2002 822 CTN | 1150 CTN WEARING A | / / | 02/06/2002 | Over 239 | | |
| 609,204,363 | TE | 021202 | | INTERCAMBIO CO | 01/25/2002 2281 CTN | LADIES,MENS COTTON | 02/21/2002 | 02/09/2002 | 27 | | |
| 609,206,091 | TE | 022295 | | DENIMART SA DE | 03/18/2002 1243 CTN | MENS 100% COTTON S | 04/06/2002 | 04/02/2002 | 19 | SNTUSNLL20781530 | |

TOTAL RECORDS : 23

**U.S. CUSTOMS AND BORDER PROTECTION**
**Department of Homeland Security**
*P.O. Box 3130, Laredo, TX 78044-3130*

ENF 4-L:F DPG
COL CODE: 326

NOV 2 0 2003

C.H. Robinson Company
Attn: Steven J. Marinis
InterAmerica Industrial Park
14106 TransportationAve.
Laredo, Texas 78045-7922

Dear Mr. Marinis:

This will acknowledge receipt of your supplemental petition dated September 18, 2002, requesting further relief from the Claims for Liquidated Damages cited below. The claims were incurred for breach of the bond conditions set forth in 19 CFR 18.8.

The circumstances cited in your supplemental petition have been taken into consideration and the submitted documentation was reviewed by the National Seizures & Penalties Officer. Since the supplemental petition did not bring new factors, it was denied in full. Enclosed please find copy of their decision letter. In view thereof, the Claims for Liquidated Damages are hereby cancelled upon payment in the sums cited below. This action is taken under the authority conferred in 19 CFR 172.42.

| CASE NUMBER | ASSESSED AMOUNT | MITIGATED AMOUNT |
|---|---|---|
| 2002-2304-2-00950 | $25,000.00 | $ 24,230.00 |
| 2002-2304-2-01028 | $25,000.00 | $ 20,634.00 |
| 2002-2304-2-01029 | $25,000.00 | $ 12,348.00 |
| TOTAL: | | $ 57,212.00 |

Payment in the sum of $57,212.00 should be made payable to Customs and Border Protection and mailed to World Trade Bridge, Attn: Port Cashier, 715 Bob Bullock Loop, Laredo, Texas 78045 within 30 days from the date of this letter. Please include a copy of this decision letter, a copy of the original Customs Form 5955A, *Notice of Penalty or Liquidated Damages Incurred and Demand for Payment*, and indicate the case numbers on the check.

Failure to submit payment within the specified time frame will result in the appropriate action taken for collection of the full liabilities incurred.

Sincerely,

Adriana Guardiola
Fines, Penalties &
Forfeitures Officer

cc: Washington International Insurance Company

Enclosure

**U.S. CUSTOMS AND BORDER PROTECTION**
**Department of Homeland Security**

0785

*Memorandum*

DATE: November 10, 2003
FILE: ENF-4-FO:SP JFG
Robinson1.18.8

RECEIVED
U.S. CUSTOMS
FP & F, LAREDO, TX
2004 NOV 14 AM 2:11

TO : Fines, Penalties and Forfeitures Officer
Laredo, Texas 78044

FROM : National Seizures and Penalties Officer
Chicago, Illinois 60607-4523

SUBJECT: Supplemental Petition - Case Number 02-2304-200950, 1028, & 1029

This is in response to the supplemental petition submitted in Port of Laredo Cases No. 02-2304-200950, 02-2304-201028, and 02-2304-201029. Liquidated damages claims in the full bond amount of $25,000.00, was assessed against C. H. Robinson Company for violation 19 CFR § 18.8 for failure to maintain custody and delivery of in-bond merchandise without Customs authorization. The shipments, of various values, were not accounted for. Upon review of the petition for relief, you offered mitigation in the following amounts, $24,230.00, $20,634.00, and $12,348.00 according to specific guidelines per Office of Regulations and Rulings, Mitigation Guidelines, dated April 2002, pages 229 and 230, section VII.C.6, and VII.E.

After a complete review of the case file and supplemental petition, it is my determination that no further relief is warranted. The violation did occur. A carrier remains obligated to Customs under the terms of their bond until cargo is properly released, turned over to another bonded custodian, or exported. Until such Customs approved action is accomplished the carrier remains liable under the terms of their bond. The petitioner noted that the documentation presented proves that the cargo was turned over to a Customs broker thus canceling their liability. The documentation presented does not prove that the carrier turned the cargo over to another Customs bonded custodian but rather indicates that the merchandise was reported to Customs and remained the responsibility of C. H. Robinson.

Assuming a properly receipted copy of the in-bond document was presented as proof of proper delivery, a properly receipted copy of the Customs Form 7512, as provided for under 19 CFR § 18.8(a), pertains only to a bonded carrier's obligation to

report, within established timeframes, the arrival of in-bond merchandise at the port of destination or exportation. Because this is not the basis of these violations, the petitioner remains liable for the irregular delivery of in-bond merchandise. See T.D 84-212.

The specific mitigation guideline as per TD 99-29, VI.C.6 calls for mitigation of this violation as follows:

6. If the merchandise which was not delivered, delivered short or delivered directly to the consignee was not designated for Customs examination and the in-bond carrier cannot show that the merchandise was entered and duties, fees, taxes and charges paid thereon, the claim for liquidated damages may be canceled upon payment of an amount equal to the duties, fees, taxes and charges that would have been due on the merchandise had entry been properly made plus an amount between $300 and $2,500 depending on the presence of aggravating or mitigating factors.

Relative to the nature of the merchandise being restricted, TD 99-29 VI. E states, "*Restricted or Prohibited Merchandise.* If Customs has reason to believe that the merchandise which was not delivered, delivered short or delivered directly to the consignee may have been restricted or prohibited from entry, that will be considered an extraordinary aggravating factor and will result in either no mitigation or mitigation at the high end of the mitigation range." The range referred to as a mitigation factor is between $300.00 and $2,500.00.

Therefore I concur with the mitigation offered in these cases. This decision comports with Customs guidelines for these violations. Please advise the petitioner of my final decision in this matter as per the administrative review available under the provisions of Part 172 of the Customs Regulations and include a copy of this determination in your response.

Jerome F. Gothelf

CASE: 2002230420102901 PAGE: 1

| LINE | SBLN | COLL AMT | AMT DUE | PROCESS DATE | CASH RECEIPT | STATUS |
|---|---|---|---|---|---|---|
| 000 | 0000 | 0.00 | 25000.00 | 04052002 | | HISTRY |
| 000 | 0000 | 0.00 | 24230.00 | 09042002 | | HISTRY |
| 000 | 0000 | 0.00 | 12348.00 | 09042002 | | HISTRY |
| 000 | 0000 | 12348.00 | 12348.00 | 03032004 | COFA | PAID |

[redacted]

SEIZED ASSET AND CASE TRACKING SYSTEM
REVENUE INFORMATION SELECTION

CASE: 2002230420102801 PAGE: 1

| LINE | SBLN | COLL AMT | AMT DUE | PROCESS DATE | CASH RECEIPT | STATUS |
|---|---|---|---|---|---|---|
| 000 | 0000 | 0.00 | 25000.00 | 04052002 | | HISTRY |
| 000 | 0000 | 0.00 | 20634.00 | 09042002 | | HISTRY |
| 000 | 0000 | 20634.00 | 20634.00 | 03032004 | COFA | PAID |

[redacted]

[redacted] SEIZED ASSET AND CASE TRACKING SYSTEM [redacted]
REVENUE INFORMATION SELECTION

CASE: 2002230420095001

PAGE: 1

| LINE | SBLN | COLL AMT | AMT DUE | PROCESS DATE | CASH RECEIPT | STATUS |
|---|---|---|---|---|---|---|
| 000 | 0000 | 0.00 | 25000.00 | 04012002 | | HISTRY |
| 000 | 0000 | 0.00 | 24230.00 | 09042002 | | HISTRY |
| 000 | 0000 | 24230.00 | 24230.00 | 03032004 | COFA | PAID |

[redacted]