# UNITED STATES COURT OF FEDERAL CLAIMS

**BEFORE: EDWARD J. DAMICH, CHIEF JUDGE**

| | |
|---|---|
| **C. H. ROBINSON INTERNATIONAL,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES,**<br>**Defendant.** | **Court No. 04-1021C** |

## CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S RESPONSE

Plaintiff, C.H. Robinson International, moves the Court to extend the time eleven days, up to and including November 19, in which to file its response to defendant's motion to dismiss. Plaintiff received consent for this motion by Nancy Kim, defendant's counsel, and believes that there is good cause for the Court to grant this short extension of time as discussed below.

Plaintiff's counsel is currently engaged in the representation of a plaintiff in another action before the Court of International Trade, entitled *Jazz Photo et al v. United States*, Court No. 04-00442 ("Jazz"), that is on an expedited trail schedule due to the imminent bankruptcy implications if plaintiff is not successful. Discovery and depositions and a trial have concluded and a judgment order is forthcoming but plaintiff's counsel is attempting to segregate certain items from a number of shipments to the satisfaction of Customs. This time-consuming process has precluded plaintiff from devoting the requisite time to complete its response by the due date of November 8, 2004.

Plaintiff is confident that the short extension of time will allow it to complete its

response and will not prejudice defendant who has also requested two extensions of time in this action.

WHEREFORE, plaintiff respectfully moves that this motion be granted.

Respectfully submitted,

s/ Curtis W. Knauss
By: Curtis W. Knauss

Curtis W. Knauss
John M. Peterson
Neville Peterson LLP
Counsel for Plaintiff C.H. Robinson International
17 State Street, Suite 1900
New York, NY 10004
212-635-2730

Dated: November 8, 2004