IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| C.H. ROBINSON INTERNATIONAL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04-1021C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 25-day enlargement of time, to and including December 28, 2004, within which to file its reply to plaintiff's response to defendant's motion to dismiss. Defendant's reply is currently due on December 3, 2004. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has stated that he does not oppose this motion.

We are mindful that the requested enlargement substantially exceeds the time for which the Court's rules provide. However, the undersigned counsel of record needs additional time to draft our reply because she is busy preparing for trial that is scheduled for December 6-10, 2004 in Dafna Construction Co. v. United States, Fed. Cl. No. 03-1317C. Counsel also needs additional time because she will be out of the office on November 25-26, 2004 for the Thanksgiving holiday.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 25 days, to and including December 28, 2004, within which to file a reply to plaintiff's response to defendant's motion to dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy

PATRICIA M. MCCARTHY
Assistant Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0361
Fax: (202) 514-7965

Attorneys for Defendant

November 18, 2004