# In the United States Court of Federal Claims

No. 04-1021 C
(Filed: August 29, 2005)

***********************************
**C.H. ROBINSON INTERNATIONAL,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

A Joint Preliminary Status Conference will be held in the case on Thursday, **September 22, 2005**, at 10:00 AM Eastern Time. The parties shall appear by telephone. The status conference will be held off the record unless counsel for either party affirmatively requests, by fax or email to this Chambers, at least five business days prior to the status conference, that a reporter be present. Counsel for the parties shall call Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 357-6483 on the day before the status conference with the phone number where they can be reached at the time of the status conference.

s/ Edward J. Damich
Edward J. Damich
Chief Judge