IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| C.H. ROBINSON INTERNATIONAL,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-1021C<br>(Judge Sweeney) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 22, 2005 staying this case pending action in the Court of International Trade, the parties respectfully submit this joint status report.

On July 22, 2005, Customs and Border Protection ("CBP") issued a Demand for Payment of Duty to C.H. Robinson, seeking $106,407.86 in duties for the merchandise at issue in this case. On September 27, 2005, C.H. Robinson International ("C.H. Robinson") filed an administrative petition with CBP seeking rescission of the demand for payment of duties. On January 11, 2006, CBP denied C.H. Robinson's administrative petition. The deadline for C.H. Robinson to file a supplemental administrative petition passed on Monday, March 13, 2006. CBP is currently in the process of preparing a recommendation to the Department of Justice ("DOJ") requesting the United States to file a complaint in the Court of International Trade against C.H. Robinson, seeking payment of the duties owed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy

PATRICIA M. MCCARTHY
Assistant Director

s/ Curtis W. Knauss

CURTIS W. KNAUSS
JOHN M. PETERSON
Neville Peterson LLP
17 State Street, Suite 1900
New York, NY 10004
(212) 635-2730

Attorneys for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-7965

Attorneys for Defendant

March 21, 2006