IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| C.H. ROBINSON INTERNATIONAL, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1021C<br>(Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 22, 2005 staying this case pending action in the Court of International Trade, the parties respectfully submit this joint status report.

On May 30, 2006, the United States Customs and Border Protection ("CBP") forwarded a recommendation to the Department of Justice to file a complaint in the Court of International Trade seeking monetary judgment against C.H. Robinson. The Department of Justice is currently in the process of evaluating this recommendation and will make a determination shortly as to whether the United States will file a claim in the Court of International Trade.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy

PATRICIA M. MCCARTHY
Assistant Director

s/ Curtis W. Knauss

CURTIS W. KNAUSS
JOHN M. PETERSON
Neville Peterson LLP
17 State Street, Suite 1900
New York, NY 10004
(212) 635-2730

Attorneys for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-7965

Attorneys for Defendant

June 23, 2006