IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| C.H. ROBINSON INTERNATIONAL,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-1021C<br>(Judge Sweeney) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 22, 2005 staying this case pending action in the Court of International Trade, the parties respectfully submit this joint status report.

The United States intends to file an action in the Court of International Trade seeking duties against C.H. Robinson for the merchandise at issue in this case pursuant to 19 U.S.C. § 1553 and 19 C.F.R. § 18.8(c). Previously, the United States Customs and Border Protection ("CBP") had issued duty demands against C.H. Robinson pursuant to 19 U.S.C. § 1592(a), which C.H. Robinson refused to pay. On September 21, 2006, CBP sent another duty demand to C.H. Robinson, pursuant to 19 U.S.C. § 1553 and 19 C.F.R. § 18.8(c), and will allow C.H. Robinson thirty days to comply with the duty demand before seeking to judicially enforce its claim for duties in the Court of International Trade.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy

PATRICIA M. MCCARTHY
Assistant Director

s/ Curtis W. Knauss

CURTIS W. KNAUSS
JOHN M. PETERSON
Neville Peterson LLP
17 State Street, Suite 1900
New York, NY 10004
(212) 635-2730

Attorneys for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-7965

Attorneys for Defendant

September 22, 2006