IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| C.H. ROBINSON INTERNATIONAL, Plaintiff, v. THE UNITED STATES, Defendant. | No. 04-1021C (Judge Sweeney) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 22, 2005 staying this case pending action in the Court of International Trade, the parties respectfully submit this joint status report.

On November 28, 2006, the United States filed a complaint against C.H. Robinson International in the United States Court of International Trade, seeking to recover unpaid customs duties in the amount of $106,407.86 for the three shipments of merchandise at issue in this case. On November 29, 2006, C.H. Robinson International waived service of summons. Accordingly, pursuant to the rules of the Court of International Trade, C.H. Robinson is not required to file an answer to the complaint until January 29, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy

PATRICIA M. MCCARTHY
Assistant Director

s/ Curtis W. Knauss

CURTIS W. KNAUSS
JOHN M. PETERSON
Neville Peterson LLP
17 State Street, Suite 1900
New York, NY 10004
(212) 635-2730

Attorneys for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

December 21, 2006

CERTIFICATE OF FILING

I hereby certify that on December 21, 2006, a copy of the foregoing “JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Nancy M. Kim