# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| C.H. ROBINSON INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1021C<br>(Judge Sweeney) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated September 22, 2005 staying this case pending action in the Court of International Trade, the parties respectfully submit this joint status report.

On November 28, 2006, the United States filed a complaint against C.H. Robinson International in the United States Court of International Trade, seeking to recover unpaid customs duties in the amount of $106,407.86 for the three shipments of merchandise at issue in this case. On March 30, 2007, C.H. Robinson filed a motion to dismiss the Government's complaint. The United States responded to this motion on June 4, 2007, and C.H. Robinson's reply brief is due to be filed on or by June 25, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/ Curtis W. Knauss
CURTIS W. KNAUSS
JOHN M. PETERSON
Neville Peterson LLP
17 State Street, Suite 1900
New York, NY 10004
(212) 635-2730

Attorneys for Plaintiff

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-2377
Fax: (202) 305-7643
Steven.Mager@usdoj.gov

Attorneys for Defendant

June 22, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 22nd day of June 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice