# In the United States Court of Federal Claims

No. 04-1021 C
(Filed: January 10, 2008)

```
***********************************
C.H. ROBINSON INTERNATIONAL,      *
                                  *
            Plaintiff,            *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
***********************************
```

**ORDER**

Pursuant to the court's order dated September 22, 2005 staying this case pending action in the Court of International Trade, the parties are required to submit a joint status report every three (3) months. The most recent joint status report was filed on September 21, 2007. Neither party filed a subsequent status report, which is now overdue.

**Accordingly, the parties shall file a joint status report no later than the close of business on Monday, January 14, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge