**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| C.H. ROBINSON INTERNATIONAL, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1021C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's order dated September 22, 2005 staying this case pending action in the Court of International Trade, and the Court's January 10, 2008 order, defendant respectfully submits this status report. We have attempted, but have not been able, to contact plaintiff's counsel to permit the filing of a joint report. Accordingly, rather than further delay this filing, we have filed defendant's status report separately.

On November 28, 2006, the United States filed a complaint against C.H. Robinson International in the United States Court of International Trade, seeking to recover unpaid customs duties in the amount of $106,407.86 for the three shipments of merchandise at issue in this case. On March 30, 2007, C.H. Robinson filed a motion to dismiss the Government's complaint. On November 20, 2007, the court denied C.H. Robinson's motion to dismiss.

Accordingly, on January 4, 2008, the parties held a status conference with the Court of International Trade, to discuss further proceedings. The Court ordered that defendant C.H. Robinson file its answer no later than February 29, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney
General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-2377
Fax: (202) 305-7643
Steven.Mager@usdoj.gov

January 13, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 13th day of January 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice