# In the United States Court of Federal Claims

No. 04-1021 C
(Filed: March 25, 2008)

| | |
|---|---|
| C.H. ROBINSON INTERNATIONAL, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On March 21, 2008, the parties filed a joint status report. The Clerk of the Court noted that the attorney of record for plaintiff did not sign the joint status report, which was signed by counsel who is not admitted to the bar of the court. See RCFC 11(a), RCFC 83.1(a), RCFC 83.1(c)(2). **Accordingly, the Clerk of the Court is directed to strike the parties' joint status report, document #35. The parties shall refile their joint status report, signed by plaintiff's counsel of record or containing the signature of counsel admitted to the bar of the court on behalf of plaintiff's counsel of record, no later than Friday, March 28, 2008.**

In the event that plaintiff needs to substitute its counsel of record, then it shall promptly file the appropriate motion pursuant to RCFC 83.1(c)(4).

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge