**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| C.H. ROBINSON INTERNATIONAL, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1021C |
| | ) | (Judge Sweeney) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF**
**TIME TO FILE THE PARTIES' JOINT STATUS REPORT**

Pursuant to Rules 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), the Court's order dated September 22, 2005 staying this case pending action in the Court of International Trade, and the Court's March 25, 2008 order striking the March 21, 2008 joint status report, defendant, the United States, respectfully requests a seven-day enlargement of time, to and including April 4, 2008, in which to refile the parties' joint status report. The joint status report is presently due on March 28, 2008. Counsel for plaintiff has stated that he does not oppose this motion.

This extension is necessary because plaintiff's counsel, John M. Peterson, is not currently admitted to the bar of the United States Court of Federal Claims. Plaintiff's office has informed the undersigned counsel that the present counsel of record in this matter, Curtis W. Knauss, no longer represents the plaintiff and is no longer employed by the firm of Neville Peterson LLP.

Counsel for the plaintiff has represented to defendant's counsel that, on March 26, 2008, he has prepared the paperwork for admission and has sent this material to the Court. After plaintiff's counsel has been admitted, plaintiff will need to file a motion to substitute. Until

plaintiff's counsel has been admitted to this bar and the motion to substitute has been granted, however, defendant cannot refile a joint status report, without it being rejected.

For these reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of seven days, to and including April 4, 2008, within which to refile the parties' joint status report.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-2377
Fax: (202) 305-7643
Steven.Mager@usdoj.gov

March 27, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 27th day of March 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice