# In the United States Court of Federal Claims

No. 04-1021 C
(Filed: March 28, 2008)

***********************************
C.H. ROBINSON INTERNATIONAL, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On March 28, 2008, defendant filed a Motion for Enlargement of Time to File the Parties' Joint Status Report ("motion"). In its motion, defendant requests a seven (7) day enlargement, to and including April 4, 2008, in which to refile the parties' joint status report. The joint status report is currently due on March 28, 2008, and defendant represents that plaintiff does not oppose this motion.

On March 21, 2008, the parties filed a joint status report. On March 25, 2008, the court directed the Clerk of the Court to strike the joint status report because it was signed by counsel not admitted to the bar of the court rather than by plaintiff's attorney of record. In the instant motion, defendant states that plaintiff's counsel's office has informed it that counsel of record no longer represents plaintiff and is no longer employed by the law firm Neville Peterson LLP. Defendant states that plaintiff's new counsel, Mr. John M. Peterson, has prepared and submitted an application for admission to the bar of the court. Once Mr. Peterson is admitted, plaintiff will file a motion to substitute. Until Mr. Peterson is admitted and files a motion to substitute, however, defendant is unable to refile a joint status report that will be accepted by the court.

**Accordingly, defendant's motion is GRANTED. The parties shall file a joint status report no later than April 4, 2008. In the event that the parties require additional time beyond April 4, 2008, they shall file appropriate motion.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge