# In the United States Court of Federal Claims

No. 04-1021 C
(Filed: April 4, 2008)

```
***********************************
C.H. ROBINSON INTERNATIONAL,      *
                                  *
              Plaintiff,          *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
***********************************
```

## ORDER

On April 4, 2008, defendant filed an Unopposed Motion for Enlargement of Time to File the Parties' Joint Status Report ("motion"). In its motion, defendant requests a seven (7) day enlargement, to and including April 11, 2008, in which to refile the parties' joint status report. The joint status report is currently due on April 4, 2008. Defendant indicates that plaintiff's counsel, Mr. John M. Peterson, has been admitted to the bar of the United States Court of Federal Claims but requires additional time to prepare and file a motion for substitution in this case.

The court notes that plaintiff's counsel will need to obtain an ECF account in order to file documents in this case. See RCFC App. E, "Electronic Case Filing Procedure." **Accordingly, defendant's motion is GRANTED. The parties shall file a joint status report no later than April 11, 2008. In the event that the parties require additional time, they shall file the appropriate motion.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge