# In the United States Court of Federal Claims

No. 04-1021 C
(Filed: April 11, 2008)

```
***********************************
C.H. ROBINSON INTERNATIONAL,       *
                                   *
              Plaintiff,           *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
              Defendant.           *
***********************************
```

## ORDER

On April 11, 2008, defendant filed an Unopposed Motion for Enlargement of Time to File the Parties' Joint Status Report ("motion"). In its motion, defendant requests a seven (7) day enlargement, to and including April 18, 2008, in which to refile the parties' joint status report. The joint status report is currently due on April 11, 2008. In a previous motion for extension of time filed on April 4, 2008, defendant indicated that plaintiff's counsel, Mr. John M. Peterson, had been admitted to the bar of the United States Court of Federal Claims but required additional time to prepare and file a motion for substitution in this case. In its current motion, defendant states that plaintiff's counsel has not yet filed a motion for substitution in this case and will be unable to do so until early next week.

The court reminds plaintiff's counsel that he will need to obtain an ECF account in order to file documents in this case. See RCFC App. E, "Electronic Case Filing Procedure." **Accordingly, defendant's motion is GRANTED. The parties shall file a joint status report no later than April 18, 2008. In the event that the parties require additional time, they shall file the appropriate motion.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge