# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| C. H. ROBINSON INTERNATIONAL, Plaintiff, | |
| v. | Court No. 04-1021C |
| THE UNITED STATES, Defendant. | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the undersigned, John M. Peterson, Esq., hereby appears in this action as attorney for C.H. Robinson International, the plaintiff herein, and requests that all papers in connection therewith be served upon him.

**PLEASE TAKE FURTHER NOTICE** that the undersigned has been substituted in place of Curtis W. Knauss, Esq. as counsel of record for the plaintiff in this action.

Respectfully submitted,

s/ John M. Peterson
John M. Peterson
Neville Peterson LLP
Counsel for Plaintiff C.H. Robinson
International
17 State Street, 19th Floor
New York, NY 10004
212-635-2730

Dated: April 18, 2008