**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

C.H. ROBINSON INTERNATIONAL,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 04-1021C
(Judge Sweeney)

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 22, 2005 staying this case pending action in the Court of International Trade, the parties respectfully submit this joint status report.

On November 28, 2006, the United States filed a complaint against C.H. Robinson International in the United States Court of International Trade, seeking to recover unpaid customs duties in the amount of $106,407.86 for the three shipments of merchandise at issue in this case. On November 20, 2007, that court denied C.H. Robinson's motion to dismiss. On March 20, 2008, the parties participated in a scheduling conference with Judge Leo Gordon, to set the schedule for discovery and further proceedings in the Court of International Trade. A copy of the Court of International Trade's scheduling order is appended to this report.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/ John M. Peterson
JOHN M. PETERSON
Neville Peterson LLP
17 State Street, Suite 1900
New York, NY 10004
(212) 635-2730

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-2377
Fax: (202) 305-7643
Steven.Mager@usdoj.gov

Attorneys for Plaintiff

Attorneys for Defendant

April 18, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 18th day of April 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice