UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br>Plaintiff,<br>v.<br>C.H. ROBINSON COMPANY,<br>Defendant. | Before: Leo M. Gordon, Judge<br>Court No. 06-00434 |

**SCHEDULING ORDER**

Pursuant to USCIT R.s 1 and 16, it is hereby

**ORDERED** that the parties shall:

1. file a Notice of Consent to Electronic Service pursuant to Paragraph 6 of Administrative Order 02-01 on or before March 27, 2008;

2. file an answer and any third-party complaints on or before April 15, 2008;

3. serve initial disclosures on or before April 30, 2008;

4. complete discovery on or before April 15, 2009;

5. participate in a conference on May 13, 2009 at 2:30 p.m. to advise the court as to the status of this matter;

6. file any dispositive motions on or before June 15, 2009;

7. (if no dispositive motions are filed), file a request for trial, accompanied by a proposed order governing preparation for trial, on or before June 30, 2009; and it is further

**ORDERED** that a pretrial conference will be held on September 30, 2009; and it is further

**ORDERED** that trial shall commence on October 6, 2009.

/s/ Leo M. Gordon
Judge Leo M. Gordon

Dated: March 20, 2008
New York, New York

# NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: March 20, 2008

By: /s/ Stephen Swindell
Deputy Clerk