# In the United States Court of Federal Claims

No. 04-1021 C
(Filed: April 21, 2008)

| | |
|---|---|
| C.H. ROBINSON INTERNATIONAL, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On April 18, 2008, John M. Peterson, Esq., new counsel for plaintiff in this action, filed a Notice of Appearance and Substitution of Counsel of Record. Pursuant to RCFC 83.1(c)(3), only counsel for defendant may file a notice of appearance: "For the United States the attorney who is to appear as the attorney of record shall . . . promptly after service of the complaint, file with the clerk and serve on all other parties a notice of appearance." See also RCFC 83.1(c)(5) ("A new notice of appearance shall be filed and served on all parties by the United States whenever a case is reassigned to another attorney." (emphasis added)). Subsection (c)(4) of the rule governs changes to the attorney of record by parties other than the United States:

> A party other than the United States may by leave of court on motion change the party's attorney at any time. The motion may be signed by said party in person or by the newly designated attorney accompanied by an affidavit of appointment executed by such attorney. If the consent of the previous attorney of record is annexed to or endorsed on the motion, substitution shall be accomplished by an appropriate entry on the docket by the clerk. When the motion is not thus shown to have the consent of the previous attorney, such attorney shall be served with the motion and shall have 14 days to show cause why the motion should not be allowed.

RCFC 83.1(c)(4). Mr. Peterson must therefore file a motion for substitution of attorney in accordance with subsection (c)(4).

**Accordingly, the Clerk of the Court is directed to strike document #44 and delete Mr. Peterson as an attorney in this action until a proper motion has been filed and granted. Furthermore, because the parties' joint status report, filed on April 18, 2008, represents**

**that Mr. Peterson is counsel of record for plaintiff, the Clerk of the Court is also directed to strike document #45. The parties shall file their joint status report after plaintiff's motion for substitution of attorney is granted, but by no later than Wednesday, May 7, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge