# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| C. H. ROBINSON INTERNATIONAL, Plaintiff, | ) | |
| v. | ) | Court No. 04-1021C |
| THE UNITED STATES, Defendant. | ) | |

## MOTION TO SUBSTITUTE ATTORNEY OF RECORD

Pursuant to RCFC 83.1(c)(4), the plaintiff, C.H. Robinson International, hereby moves to substitute the undersigned, John M. Peterson, Esq., as attorney of record for plaintiff in this action, in place of Curtis W. Knauss, Esq. In support of this motion, plaintiff has attached an Affidavit of Appointment executed by John M. Peterson, Esq., and a letter evidencing the consent of Curtis W. Knauss, Esq. to the instant motion.

Respectfully submitted,

s/ John M. Peterson

John M. Peterson
Neville Peterson LLP
Counsel for Plaintiff C.H. Robinson International
17 State Street, 19th Floor
New York, NY 10004
212-635-2730

Dated: April 25, 2008

**CERTIFICATE OF SERVICE**

John M. Peterson, a member in the law firm of Neville Peterson LLP, hereby certifies that I have caused the annexed documents to be served upon:

Steven Mager, Esq.
United States Department of Justice
Civil Division
Commercial Litigation Branch
1120 L Street, N.W.
Washington, D.C. 20530

Curtis W. Knauss, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt
399 Park Ave.
New York, NY 10022
Counsel of Record for CH Robinson International

s/ John M. Peterson
John M. Peterson

April 25, 2008