# AFFIDAVIT OF JOHN M. PETERSON

STATE OF NEW YORK
COUNTY OF NEW YORK

The undersigned, being first duly sworn, deposes and says as follows:

1. THIS AFFIDAVIT is executed by the undersigned, John M. Peterson, Esq., with respect to *C. H. Robinson International v. United States*, Case No. 04-1021C.

2. The undersigned has been appointed by the plaintiff, C. H. Robinson International, to represent it in the above-referenced action, in place of Curtis W. Knauss, Esq.

I swear under oath that this is a true and complete statement:

______________________________
John M. Peterson

Subscribed and sworn to and before me on this 25th day of April, 2008

Judy C. H
______________________________
Notary Public

My Commission Expires: 5/27/2010

JUDY C. HAN
Notary Public State of New York
No. 01HA4860211
Qualified in New York County
Commission Expires 5/27/2010