GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP
COUNSELORS AT LAW
399 PARK AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10022-4877
TEL (212) 557-4000

OFFICES:
NEW YORK • BOSTON
LOS ANGELES • WASHINGTON, D.C.
HONG KONG
AFFILIATED OFFICES:
SHANGHAI • BEIJING

FAX (212) 557-4415
www.gdlsk.com
WRITER'S DIRECT DIAL NUMBER

Clerk of the Court
U.S. Court of Federal Claims
Howard T. Markey National Courts Building
717 Madison Place, NW
Washington, DC 20005

**Re: *C.H. Robinson International v. United States*, Court No. 04-1021 C**

Dear Clerk of the Court:

Please be advised that the undersigned, Curtis W. Knauss, Esq., hereby consents to the plaintiff's motion to substitute John M. Peterson, Esq. as attorney of record for the plaintiff in the above-captioned case.

Sincerely,

Curtis W. Knauss