# In the United States Court of Federal Claims

No. 04-1021 C
(Filed: May 19, 2008)

| | |
|---|---|
| C.H. ROBINSON INTERNATIONAL, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On May 7, 2008, the parties filed a Joint Status Report in which they indicate that they appended a copy of the Court of International Trade's scheduling order in United States v. C.H. Robinson Co., No. 06-00434, to their filing. The court notes that the parties' May 7, 2008 joint status report did not include the scheduling order. **Accordingly, the court directs the parties to file the Court of International Trade's scheduling order by no later than Friday, May 23, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge