**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| C.H. ROBINSON INTERNATIONAL, Plaintiff, | |
| v. | No. 04-1021C (Judge Sweeney) |
| UNITED STATES, Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 22, 2005 staying this case pending action in the Court of International Trade, the parties respectfully submit this joint status report.[1]

On November 28, 2006, the United States filed a complaint against C.H. Robinson International in the United States Court of International Trade, seeking to recover unpaid customs duties in the amount of $106,407.86 for the three shipments of merchandise at issue in this case. The parties have exchanged initial disclosures and are presently engaged in discovery, as contemplated by the United States Court of International Trade's scheduling order (which was previously filed with the Court).

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

[1] Given the timing of the filing of the previous report, the parties are uncertain of the proper filing date for this status report. In an abundance of caution, however, the parties are filing this report now, and will continue to file joint status reports every 3 months from this date, unless ordered otherwise.

s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/ John M. Peterson
JOHN M. PETERSON
Neville Peterson LLP
17 State Street, Suite 1900
New York, NY 10004
(212) 635-2730

Attorneys for Plaintiff

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-2377
Fax: (202) 305-7643
Steven.Mager@usdoj.gov

Attorneys for Defendant

June 25, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 25th day of June 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice