# In the United States Court of Federal Claims

No. 04-1021 C
(Filed: June 26, 2008)

************************************
C.H. ROBINSON INTERNATIONAL, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

On June 25, 2008, the parties filed a Joint Status Report. As a result of a change in the attorney of record for plaintiff, the filing of the parties' previous status report was delayed. "[U]ncertain of the proper filing date" for their next status report, the parties exercised caution by submitting a status report on June 25, 2008, in order to comply with the court's September 22, 2005 order establishing a three-month submission requirement.

In their status report, the parties represent that they recently exchanged initial disclosures and are currently engaged in discovery in accordance with the Court of International Trade's March 20, 2008 scheduling order in United States v. C.H. Robinson Co., No. 06-00434, which the parties filed with the court on May 23, 2008. In light of the schedule established by the Court of International Trade, which contemplates the completion of discovery on April 15, 2009, and additional proceedings in May 2009 and June 2009, the court determines that it is unnecessary for the parties to file a status report every three months at this time. **Accordingly, the parties shall file their next status report by no later than Monday, December 22, 2008, and shall resume submission of their status report every ninety (90) days thereafter.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge